IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS<br>548 Saint Charles Place<br>Brookhaven, MS 39601<br><br>Plaintiff,<br><br>v.<br><br>DEFENSE SECURITY (DSS)<br>ADMINISTRATION<br>Attn: Director in Charge<br>Office of FOIA and Privacy Act<br>1340 Braddock Place<br>Alexandria, VA 22314-1651<br><br>Defendant. | Civil Action No. 06-0304 (RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

SAM L. CLEMMONS
548 Saint Charles Place
Brookhaven, MS 39601

on this ___8TH___ day of May, 2006.

*[signature]*
CLAIRE WHITAKER,
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137