## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,<br><br>                Plaintiff,<br><br>v.<br><br>DEFENSE SECURITY (DSS)<br>ADMINISTRATION.<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-0304 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

### ANSWER

Defendant, Defense Security Administration, through undersigned counsel answers the averments in plaintiff's complaint as follows:

### FIRST DEFENSE

The court lacks jurisdiction over the subject matter of this amended complaint because no records have been improperly withheld.

### SECOND DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### THIRD DEFENSE

The proper defendant in this case is the U.S. Department of Defense. Plaintiff has also misidentified the Defense Security Service (DSS) as the Defense Security Administration.

### FOURTH DEFENSE

In response to the numbered and unnumbered paragraphs of plaintiff's complaint, defendant responds as set forth below:

Introductory paragraph.  The first sentence of this paragraph contains plaintiff's characterization of his complaint and jurisdictional statement.  These averments do not required a response.  To the extent that a response is deemed required, admit that this action is brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552a and the Privacy Act, 5 U.S.C. § 552, Section (j)(2).  The second sentence is denied.  The third sentence represents conclusions of law to which no response is necessary.  To the extent that a response is required, denied.

**II**

First - third sentence. Defendant admits only that plaintiff transmitted a Freedom of Information Act request to defendant, dated July 25, 2005. Fourth sentence.  Defendant admits that plaintiff sent a facsimile transmittal sheet on September 14, 2005, with a copy of the July 25, 2005, correspondence, which was received by the agency.

**III**

This paragraph is plaintiff's characterization of the defendant's ability to respond to plaintiff's FOIA request.  No response is required.  However, to the extent that a response is deemed necessary, denied.

**IV**

First sentence.  This sentence contains conclusions of law, to which no response is required.  The Court is respectfully referred to the Freedom of Information Act for the referenced provisions of the law.  Second sentence.  See First sentence. In addition, defendant denies that any wrongdoing has occurred in responding to plaintiff's Freedom of Information Act request.

Third sentence. See First sentence.

**V**

Denied.

## **VI**

Denied.

## **VII**

Denied.

## **VIII**

First and second sentence. Defendant denies that any wrongdoing has occurred and that plaintiff is entitled to any damages. Third sentence. Defendant denies this sentence and states further that there are no responsive records.

## **IX**

The paragraph is plaintiff's characterization of the burden of proof, and the Court's role in this litigation, to which no response is required. To the extent that plaintiff suggests that defendant wilfully refused to honor his FOIA request, denied. As stated above in VIII, there are no responsive records.

## **X**

Defendant denies that plaintiff is entitled to a jury trial. To the extent that there are any averments of fact, denied.

## **XI**

This paragraph contains plaintiff statement that he "reserves rights to sell story to the public if necessary." No response is necessary to this statement.

## **XII**

This paragraph contains plaintiff's characterization of the law and procedure governing this matter, to which no response is required. To the extent that a response is deemed necessary, denied.

                              Respectfully submitted,

                              /s/

KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

                              /s/

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                              /s/

CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

ROLAND MEISNER
Assistant General Counsel
Office of General Counsel
Defense Security Service

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing answer was served by First-Class Mail; postage prepaid to:

SAM L. CLEMMONS
548 Saint Charles Place
Brookhaven, MS 39601

on this 26th day of May, 2006.

                                          /s/
                                    CLAIRE WHITAKER,
                                    Assistant U.S. Attorney
                                    Judiciary Center Building
                                    555 Fourth St., N.W., Rm. E4204
                                    Washington, D.C.  20530
                                    (202) 514-7137