**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAM L. CLEMMONS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|       v. | )   Civil Action No. 06-0304 (RCL) |
| | ) |
| DEFENSE SECURITY (DDS) | ) |
| ADMINISTRATION, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

_____ If defendant expects to file a dispositive motion herein, it shall do so within 10 days of this date.

    SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006