UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS,                          )<br>                                                          )<br>                        Plaintiff,              )<br>                                                          )<br>            v.                                          )     Civil Action No. 06-0304 (RCL)<br>                                                          )<br>DEFENSE SECURITY (DSS)         )<br>ADMINISTRATION.                        )<br>                        Defendant.           )<br>                                                          ) | |

### DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. By correspondence dated July 25, 2005, Plaintiff submitted a Freedom of Information Act ("FOIA") request for "privileged personal records of information under the plaintiff's personal identification" to the Defense Security Service. R. 1, p. 2.

2. After a reasonable search for records responsive to Plaintiff's FOIA request, by letter dated May 17, 2006, the DSS informed Plaintiff that it had located no DSS records responsive to his FOIA request. See Declaration of Leslie R. Blake, Chief of the DSS Freedom of Information and Privacy Office ("Blake Decl.:) at Attachment A, hereto, ¶ 7 and Exhibit 2.

3. In the process of its search, the DSS reviewed the Defense Clearance and Investigative Index ("DCII"), a consolidated listing of files held by investigative components of the Defense Department, and found that the Department of the Army, Army Criminal Records Division ("ACRD"), maintained a 1994 file pertaining to plaintiff. Blake Decl. at ¶ 7.

4. Plaintiff was advised to contact the Department of the Army directly concerning his request for information. Id. and Exhibit 2.

        Respectfully submitted,

        /s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

        /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

ROLAND MEISNER
Assistant General Counsel
Office of General Counsel
Defense Security Service