# Attachment A

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS, )
)
       Plaintiff )
) Civil Action No. 06-0304 (RCL)
v. )
)
DEFENSE SECURITY (DSS) )
ADMINISTRATION, )
       Defendant )
_____ )

### DECLARATION OF LESLIE R. BLAKE

I, Leslie R. Blake, declare the following to be true and correct.

1. I am the Chief of the Office of Freedom of Information and Privacy (FOIA/PA) for the Defense Security Service. In this capacity, I am responsible for the management of the DSS FOIA/PA Program and its assigned resources. I have held this position since November 1996 and am familiar with its operations.

2. As an organization, DSS is a separate agency of the Department of Defense (DoD) operating under the direction, authority, and control of the Under Secretary of Defense (Intelligence).

3. DSS was established by the Secretary of Defense effective January 1, 1972, and was responsible for two major defense programs. First, DSS conducted all personnel security investigations for Department of Defense components and agencies, and when authorized, also conducted investigations for other U.S. Government activities. Second, DSS is responsible for the Defense Industrial Security Program for Safeguarding Classified Information. In February of 2005 the Personnel Security Investigative function of the agency was transferred outside DoD to the U.S. Office of Personnel Management.

1  4.     I have received and reviewed plaintiffs' complaint with respect to DSS' failure to respond to
2  plaintiff's FOIA/PA request. I have also reviewed the DSS FOIA/PA file concerning plaintiff.
3
4         The DSS method of searching for investigative material responsive to a FOIA/PA request
5  involves the use of DOD's Defense Clearance and Investigative Index (DCII), a consolidated listing of
6  files held by investigative components of the Defense Department. The DCII is searched by reference to
7  the individual's full name and Social Security Number. DSS file listings are retained in the DCII by DSS
8  for 15 to 25 years from the date of the last investigation, depending on the nature of the information in the
9  file. Accordingly, any individual who has been investigated by DSS in the past 15 to 25 years would be
10 identified. Once the Index identifies an individual as having an investigation with a dossier, a copy of
11 that document/dossier can be ordered from the DSS records repository. Favorable non field
12 investigations such as electronic National Agency Checks (NAC'S) for lower level clearances do not
13 generally contain paper files so the DCII only reflects the fact at a NAC was completed and the date of
14 completion. DCII is also a Joint DOD system so listings could reflect other DOD investigative actions.
15
16 5.     Upon receipt of plaintiffs' complaint I directed the DSS Privacy Act Branch in Linthicum, MD to
17 conduct a search for plaintiffs' FOIA request. The DSS Privacy Branch located two pieces of
18 correspondence from Plaintiff, attached hereto as Exhibit 1: A July 25, 2005 facsimile and letter
19 requesting release of all background information pertaining to plaintiff; and a July 25, 2005 facsimile and
20 letter with an attached Power of Attorney signed on July 26, 2005. Both documents were located in DSS
21 FOIA/PA incoming mail which had not yet been opened and assigned a Privacy Act case number.
22 Therefore, DSS had not yet sent plaintiff an acknowledgement of receipt of his FOIA/PA request at the
23 time the plaintiff filed his complaint.
24
25 6.     In February of 2005 the Defense Security Service (DSS) underwent a reorganization of the
26 agency which involved the mass transfer of most all the DSS employees to another instrumentality of the
27 U.S. Government (U.S. Office of Personnel Management). As a result of this mass transfer of personnel
28 and the reassignment of other personnel who stayed with the agency, the DSS Office of Freedom of
29 Information and Privacy (FOIA/PA) was left with a total of two individuals to handle an annual FOIA/PA
30 request rate of between seven and ten thousand cases per year, with 600 new requests coming in each and
   every month. In November 2005 the DSS employee assigned to the Privacy Act Branch in Linthicum,

1  Maryland was called to active duty in the US Air Force and sent to the Middle East. Therefore, this left
2  the agency with only one employee to handle the entire FOIA/PA workload. Because of this significant
3  workload which currently exceeds nine thousand pending FOIA/PA requests, DSS was not then and is not
4  now able to make a response determination to a requester within FOIA's 20 day statutory time frame. In
5  order to be fair to each requester DSS processes each request in a multitrack system, based on a first-in,
6  first-out concept, and rank ordered by the date of the request, the amount of work and time involved in
7  processing the request, and whether the request qualifies for expedited processing. Based on plaintiffs'
8  correspondence, it did not meet DoD requirements for expedited processing, which generally is only
9  given to individuals who can demonstrate a "compelling need" for the information or show an imminent
10 loss of substantial due process rights should they not receive the information in a certain timeframe.
11 Accordingly, the reason DSS did not respond to plaintiffs' request is because we had not yet processed
12 his FOIA/PA action and if his recent court action had not come to our attention, his case probably would
13 not have been processed until about August 2006, as we, the FOIA/PA Office, are not anticipating any
14 additional resources in the near future due to budget restraints on the agency. It should also be noted that
15 plaintiff did not, pursuant to FOIA/PA procedures, exhaust all available administrative remedies through
16 pursuit of an access appeal to the agency for his records. Had this been accomplished, DSS would have
17 given plaintiffs' request a higher priority as FOIA/PA appeal actions are handled by the agency Appellate
18 Authority, not the Privacy Act Office.
19
20 7.    Since however the plaintiff's case has now come to my attention, I directed my Privacy Act
21 Branch Chief, Mr. Salvatore J. Demarco to complete plaintiff's request out of turn. A search of the
22 automated indices to our central records system files at DSS located no records responsive to Plaintiffs'
23 FOIA request. A search of the Defense Clearance and Investigative Index (DCII), a consolidated listing
24 of files held by investigative components of the Defense Department, indicates plaintiff had a National
25 Agency Check (NAC) completed on him in March of 1989 and that the Department of Army, Army
26 Criminal Records Division (ACRD) maintains a 1994 file pertaining to plaintiff. Results of favorable
27 NAC checks are only retained in electronic format and recorded in the DCII. Other than the DCII
28 printout, there are no additional records pertaining to plaintiff. Since DSS has no authority to release
29 third agency material, Plaintiff would have to request any ACRD records directly from the Department of
30 the Army. By letter dated May 17, 2006 (Exhibit 2), plaintiff was provided with a response to his July
   2005 correspondence.

8. Pursuant to 28 U.S.C. Sec. 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed on _June 14, 2006_.

_____
LESLIE R. BLAKE
Chief, FOIA/PA
Defense Security Service

P.O. Box 1001
Brookhaven, MS 39602

**S.L. Clemmons**



| To: | Defense Security (DSS) | From: | Sam L. Clemmons |
|---|---|---|---|
| Fax: | 703-325-5991 | Date: | July 25, 2005 |
| Phone: | 703-325-9450 | Pages: | 2 |
| Re: | Urgent Release of FOIA | CC: | Records |

☒ Urgent   ☒ For Review   ☒ Please Comment   ☒ Please Reply   ☐ Please Recycle

Comments:

Attached is my letter of requesting information that you may have in your records pertaining to me.

I would greatly appreciate if you can expedite my request so that such requested information can be in my hands no later than August 15, 2005. I know According to the law that such time frame is 20 days from such placing of a request.

I am placing the original copy in the mail to confirm original signature

If you should have any questions, please call me at 866-409-7758

Sam Clemmons
FOIA Requestor

Exhibit 1

Sam Clemmons
P.O. Box 1001
Brookhaven, MS 39602

July 25, 2005

Defense Security (DSS)
Office of FOIA and Privacy
Attn: Leslie Blake
1340 Braddock Place
Alexandria, Virginia 22314-1651

**RE: Urgent FOIA Request**

Dear Defense Security Service:

I am contacting your office to submit this request to release all information that may pertain to me in your file and any background information that has been conducted on me.

Please release all information and any derogatory marks that may have been falsely or wrongfully submitted to your agency about me and all disclosures of records pertaining to my investigative file or information about my file that has been released to another agency.

According to your information needed to complete this request I am providing you all my information listed below:

**Full Name:** Samuel Lennious Clemmons, Jr.
**Date of Birth:** [redacted]
**SSN:** [redacted]

I would like additional copies to be released to:

Mary L. Lee
Paralegal Services
P.O. Box 28558
Atlanta, GA 30358

I will remain on standby waiting to hear from your office on this matter.

In kind regards... I remain

*[signature]*
Samuel Lennious Clemmons, Jr.
Requestor of FOIA

　　CC: Records

P.O. Box 1001
Brookhaven, MS 39602

**S.L. Clemmons**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Defense Security (DSS) | **From:** | Sam L. Clemmons |
| **Fax:** | 703-325-5991 | **Date:** | July 25, 2005 |
| **Phone:** | 703-325-9450 | **Pages:** | 2, 3 |
| **Re:** | Urgent Release of FOIA | **CC:** | Records |

☒ Urgent    ☒ For Review    ☒ Please Comment    ☒ Please Reply    ☐ Please Recycle

**Comments:**

Attached is my letter of requesting information that you may have in your records containing to me.

I would greatly appreciate if you can expedite my request so that such requested information can be in my hands no later then August 15, 2005. I know According to the law that such time frame is 20 days from such placing of a request.

I am placing the original copy in the mail to confirm original signature

If you should have any questions, please call me at 888-409-7756

Sam Clemmons

FOIA Requestor

06129-1013

Sam Clemmons
P.O. Box 1001
Brookhaven, MS 39602

July 25, 2005

Defense Security (DSS)
Office of FOIA and Privacy
**Attn: Leslie Blake**
1340 Braddock Place
Alexandria, Virginia 22314-1651

**RE: Urgent FOIA Request**

Dear Defense Security Service:

I am contacting your office to submit this request to release all information that may pertain to me in your file and any background information that has been conducted on me.

Please release all information and any derogatory marks that may have been falsely or wrongfully submitted to your agency about me and all disclosures of records pertaining to my investigative file or information about my file that has been released to another agency.

According to your information needed to complete this request I am providing you all my information listed below:

**Full Name:** Samuel Lennious Clemmons, Jr.
**Date of Birth:** ███████
**SSN:** ███████

I would like additional copies to be released to:

Mary L. Lee
Paralegal Services
P.O. Box 28558
Atlanta, GA 30358

I will remain on standby waiting to hear from your office on this matter.

In Kind regards... I remain

Samuel Lennious Clemmons, Jr.
Requestor of FOIA

   CC: Records

# SPECIAL POWER OF ATTORNEY
To Request FOIA and Privacy Act, 5.U.S.C. 552 and 5 U.S.C. 552a

Know All Person by These Presents:

That I, Samuel Lennious Clemmons, Jr., of currently in of the State of Mississippi but hold a resident of ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨. Do hereby provide this document request to release all information in nature to me according to the Freedom of Information Act and Privacy Act, 5 U.S.C. 552 and 5 U.S.C. 552a respectively. This notice is my true and lawful attorney-in-fact to provide you the following in my name and on my behalf.

I hereby states that my full and legal name is Samuel Lennious Clemmons, Jr. My Date of Birth is: ▨▨▨▨▨▨▨, SSN ▨▨▨▨▨▨; I am seeking all records pertaining to my background, employment records, security clearances conducted and list of all agencies whom has requested and obtain such records in my file.

Please release and send all information per request to the following addresses and person only: S.L. Clemmons @ P.O. Box 1001, Brookhaven, MS 39602 and Mrs. Mary L. Lee @ P.O. Box 28558, Atlanta, GA 30358. (See Attached letter)

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purpose for which this Power of Attorney is granted, as fully and effectual as I could do if were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name / business name, and that all endorsement and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date,

SIGNATURE: _____ Date: 26 July 05

STATE OF GEORGIA
COBB COUNTY

I, undersigned, certify that I am duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared Samuel Lennious Clemmons, Jr., who is known by me to be the person who described herein, who name is subscribed to, and who signed this power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were read and duly explained, and that such execution was a free and voluntary act and deed for the use and purposes herein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal, on July 26, 2005 (Month, date, and Year)

_____        Sept. 20, 2005
(Notary Public Signature)        (My Commission Expires on)



**DEFENSE SECURITY SERVICE**
938 ELKRIDGE LANDING ROAD
LINTHICUM, MARYLAND 21090

Mr Samuel L. Clemmons
PO Box 1001
Brookhaven, MS 39602

Dear Mr Clemmons:

This is in reply to your notarized Privacy Act request dated July 26, 2005, asking for records concerning you.

In order to respond to your request for Defense Security Service (DSS) records we conducted a search of the Defense Central Index of Investigations (DCII), a compendium of Department of Defense (DOD) security and criminal investigative file numbers.

Our check of the DCII, using the personal identifying data you provided, revealed only a favorable DSS National Agency Check (NAC) regarding you completed on March 20, 1989.

Results of favorable NAC's from that period are retained only as a single data line in the computer. No physical case files were established or maintained. We are enclosing a copy of the DCII printout reflecting the results of the NAC concerning you. The printout indicates that the DCII and the Federal Bureau of Investigation, Headquarters and the Identification Division - Technical Fingerprint Check (FBI-HQ/FBI-ID-T) were checked for records regarding you.

In addition, the DCII disclosed that the following US Government agency may have records of interest to you in this instance:

    Director
    US Army Crime Records Center
    Attn: FOIA and Privacy Office
    6010 6th Street
    Fort Belvoir, VA 22060 5585

**Exhibit 2**

We appreciate having been able to serve you in this matter. If you have any questions regarding the contents of your file or the information released to you, please feel free to contact my office. Instructions regarding amendment requests will be furnished upon request. Appeal actions concerning denial of information may be addressed to Defense Security Service, Office of FOIA and Privacy, 1340 Braddock Place, Alexandria, VA 22314-1651.

Sincerely,

S. J. DEMARCO, IV
Chief, Privacy Act Branch

Attachment:
DCII Printout

# Person Search Results

Results: 1 records found

Name: CLEMMONS, SAMUEL LENNIOUS

| SSN: ███ | DOB: ███ | State of Birth: MO | Country of Birth: US |

| File Number | File Location | File Year | Context | Retention | Closed |
|---|---|---|---|---|---|
|  | ACRD |  |  |  |  |

| AKA Name | Indexed By |
|---|---|
|  |  |

| NAC History Date | Agency Code(s) |
|---|---|
| 1989/03/20 | DCII, FBI-HQ, FBI-ID-T |

For Official Use Only
Privacy Act of 1974 applies. Reference the coversheet for details.