UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0304 (RCL) |
| ) | |
| DEFENSE SECURITY (DSS) ) | |
| ADMINISTRATION. ) | |
| Defendant. ) | |

### ORDER

Upon consideration of defendant's motion to dismiss or, alternatively, for summary judgment, the opposition and reply thereto, and after a review of the entire record, it is this

_____ day of _____, 2006

ORDERED, that said motion is granted. Summary judgment is entered in defendant's favor and this case is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

SAM L. CLEMMONS, *pro se*
548 Saint Charles Place
Brookhaven, MS 39601

CLAIRE WHITAKER,
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137