P.O. Box 1001
Brookhaven, MS 39602

**Sam Clemmons**

# Fax

*2 ND FAX SUBMITTED*

| | | | |
|---|---|---|---|
| **To:** | Defense Security (DSS) | **From:** | Sam L. Clemmons |
| **Fax:** | 703-325-5991 | **Date:** | July 25, 2005 |
| **Phone:** | 703-325-9450 | **Pages:** | 2 |
| **Re:** | Urgent Release of FOIA | **CC:** | Records |

☑ **Urgent**      ☑ **For Review**      ☑ **Please Comment**      ☑ **Please Reply**      ☐ **Please Recycle**

**Comments:**

Attached is my letter or requesting information that you may have in your records
containing to me.

I would greatly appreciate if you can expedite my request so that such requested
information can be in my hands no later then August 15, 2005. I know According to
the law that such time frame is 20 days from such placing of a request.

I am placing the original copy in the mail to confirm original signature

If you should have any questions, please call me at 888-409-7758
*Bll*

Sam Clemmons

FOIA Requestor

Sam Clemmons
P.O. Box 1001
Brookhaven, MS 39602

July 25, 2005

Defense Security (DSS)
Office of FOIA and Privacy
938 Elkridge Landing Road
Linthicum, Maryland 21090

**RE: 2nd Urgent FOIA Request**

Dear Defense Security Service:

I am contacting your office to submit this request to release all information that may pertain to me in your file and any background information that has been conducted on me.

Please release all information and any derogatory marks that may have been falsely or wrongfully submitted to your agency about me and all disclosures of records pertaining to my investigative file or information about my file that has been released to another agency.

According to your information needed to complete this request I am providing you all my information listed below:

**Full Name:**   Samuel Lennious Clemmons, Jr.
**Date of Birth:** June 4, 1965
**SSN:**          427086671

I would like additional copies to be released to:

Mary L. Lee
Paralegal Services
P.O. Box 28558
Atlanta, GA 30358

I will remain on standby waiting to hear from your office on this matter.

In Kind regards... I remain

Samuel Lennious Clemmons, Jr.
Requestor of FOIA

        CC: Records

# SPECIAL POWER OF ATTORNEY

### To Request FOIA and Privacy Act, 5 U.S.C. 552 and 5 U.S.C. 552a

**Know All Person by These Presents:**

That I, **Samuel Lennious Clemmons, Jr.**, of currently in of the State of Mississippi but hold a resident of 548 Saint Charles Place, Brookhaven, MS 39601. Do hereby provide this document request to release all information in nature to me according to the Freedom of Information Act and Privacy Act, 5 U.S.C. 552 and 5 U.S.C. 552a respectively. This notice is my true and lawful attorney-in-fact to provide you the following in my name and on my behalf.

I hereby states that my full and legal name is Samuel Lennious Clemmons, Jr. My Date of Birth is: June 4, 1965; SSN 427086671; I am seeking all records pertaining to my background, employment records, security clearances conducted and list of all agencies whom has requested and obtain such records in my file.

Please release and send all information per request to the following addresses and person only: S.L. Clemmons @ P.O. Box 1001, Brookhaven, MS 39602 and Mrs. Mary L. Lee @ P.O. Box 28558, Atlanta, GA 30358. (See Attached letter)

BY THIS DOCUMENT I GIVE AND GRANT TO my attorney full power and authority to perform every act that is necessary or appropriate to accomplish the purpose for which this Power of Attorney is granted, as fully and effectual as I could do if were present.

I HEREBY RATIFY ALL THAT MY ATTORNEY SHALL LAWFULLY DO OR CAUSE TO BE DONE BY VIRTUE OF THIS DOCUMENT.

All business transacted hereunder for me or for my account shall be transacted in my name / business name, and that all endorsement and instruments executed by my attorney for the purpose of carrying out the foregoing powers shall contain my name, followed by that of my attorney and the designation "attorney-in-fact."

IN WITNESS WHEREOF, I sign, seal, declare, publish, make and constitute this as and for my Power of Attorney in the presence of the Notary Public witnessing it at my request this date,

SIGNATURE: _Samuel Clemmons_    Date: _9/13/05_

STATE OF GEORGIA
COBB COUNTY

I, undersigned, certify that I am duly commissioned, qualified, and authorized notary public. Before me personally, within the territorial limits of my warrant of authority, appeared _SAMUEL LENNIOUS CLEMMONS_ , who is known by me to be the person who described herein, who name is subscribed to, and who signed this power of Attorney as Grantor, and who, having been duly sworn, acknowledged that this instrument was executed after its contents were made read and duly explained, and that such execution was a free and voluntary act and deed for the use and purposes herein set forth.

IN WITNESS WHEREOF, I have hereunto set my hand and affix my official seal, on _9-13-05_ (Month, date, and Year)

_Jessica L. George_

(Notary Public Signature)                    (My Commission Expires on)

JESSICA L. GEORGE
NOTARY PUBLIC
Cobb County
State of Georgia
My Comm. Expires March 23, 2009

```
*****************************
***    ACTIVITY REPORT    ***
*****************************
```

| f. TIME | CONNECTION TEL | CONNECTION ID | NO. | MODE | | PGS. | RESULT | |
|---|---|---|---|---|---|---|---|---|
| 07/25 12:43 | 17033255991 | DSS GC | 1153 | TRANSMIT | ECM | 2 | OK | 00'35 |
| 07/25 13:28 | 17032484626 | | 1154 | TRANSMIT | ECM | 2 | OK | 00'40 |
| 07/26 00:57 | 17275709570 | | 1155 | TRANSMIT | ECM | 1 | OK | 00'35 |
| 07/26 00:58 | 4049657313 | | 1156 | TRANSMIT | G3 | 1 | OK | 00'43 |
| 07/26 00:59 | 19197169234 | | 1157 | TRANSMIT | ECM | 1 | OK | 00'33 |
| 07/26 01:02 | 4043154208 | | 1158 | TRANSMIT | ECM | 1 | OK | 00'36 |
| 07/26 11:02 | 17033255991 | DSS GC | 1159 | TRANSMIT | ECM | 3 | OK | 01'00 |
| 07/26 11:04 | 17032484626 | | 1160 | TRANSMIT | ECM | 3 | OK | 01'05 |
| 07/26 15:04 | | | 5712 | AUTO RX | G3 | 0 | NG | 00'45 |
| | | | | | | 0 | | #005 |
| 07/27 08:22 | | | 5713 | AUTO RX | ECM | 1 | OK | 00'26 |
| 07/27 16:47 | | | 5714 | AUTO RX | G3 | 0 | NG | 00'44 |
| | | | | | | 0 | | #005 |
| 07/29 10:14 | | | 5715 | AUTO RX | G3 | 0 | NG | 00'45 |
| | | | | | | 0 | | #005 |
| 07/29 16:36 | | | 5716 | AUTO RX | ECM | 1 | OK | 00'30 |
| 08/04 10:26 | 7709334195 | | 1161 | TRANSMIT | ECM | 1 | OK | 00'32 |
| 08/04 10:29 | 9334195 | | 1162 | TRANSMIT | | 0 | NG | 00'00 |
| | | | | | | 0 | | STOP |
| 08/04 10:32 | 7709334195 | | 1163 | TRANSMIT | ECM | 1 | OK | 00'33 |
| 08/04 10:58 | 9566286 | | 5717 | AUTO RX | ECM | 1 | OK | 00'52 |
| 08/04 11:43 | | | 5718 | AUTO RX | G3 | 0 | NG | 00'44 |
| | | | | | | 0 | | #005 |
| 08/05 07:20 | | | 5719 | MEMORY RX | ECM | 1 | OK | 00'29 |
| 05 08:19 | | | 5720 | MEMORY RX | G3 | 2 | OK | 02'17 |

## INTRODUCTION

The Defense Security Service (DSS), Office of FOIA and Privacy, is located at DSS Headquarters, 1340 Braddock Place, Alexandria, Virginia 22314-1651. The program office is responsible for administering policies, programs, and procedures to ensure DSS compliance with the Freedom of Information Act and Privacy Act, 5 U.S.C. 552 and 5 U.S.C. 552a, respectively.
TOP


## WHAT IS THE FREEDOM OF INFORMATION ACT (FOIA)?

Enacted in 1966; amended in 1974, 1986, and 1996, the FOIA provides a universal right, enforceable in court, of access to Federal agency records, except to the extent that such records (or portions thereof) are protected from disclosure by one of nine FOIA exemptions or by one of three special law enforcement record exclusions.
TOP


## HOW DO I SUBMIT A FOIA REQUEST?

Individuals seeking access to DSS information under the FOIA, should address written inquiries to: **Defense Security Service (DSS), Office of FOIA and Privacy, 1340 Braddock Place, Alexandria, Virginia 22314-1651.** Written inquiries can also be emailed to DSS at leslie.blake@dss.mil or by facsimile (FAX) to *703-325-5991*, address to Leslie Blake.

Personal visits can be arranged by calling *703-325-9450*. Written requests for DSS records may be made by any member of the public (U.S. or foreign citizen), an organization, or business, but not including a Federal agency or a fugitive from the law. All written inquiries for access to DSS records must reasonably describe the records being sought and the record requested must exist and be controlled by DSS at the time of the request. There is no obligation for DSS to create or compile a record to satisfy a FOIA request.

Since not all requesters are knowledgeable of the appropriate statutory authority (FOIA or PA) to cite when requesting records, the following guidelines are provided for your information:

> Requesters who are seeking **background investigation** records about **themselves** should cite the Privacy Act and address inquiries to the DSS, Privacy Act Branch, 938 Elkridge Landing Road, Linthicum, Maryland 21090. (Reference "About You" in this website)

> Requesters who seek access to DSS records about themselves which are not background investigation affiliated (e.g., employment records) should cite the Privacy and FOIA and address inquiries to DSS, Office of FOIA and Privacy, Attn: Leslie Blake, 1340 Braddock Place, Alexandria, Virginia 22314-1651.

> Requesters who seek access to agency Administrative/Operations materials (e.g., manuals, forms, DSS Policy, DSS Regulations, inspection reports, etc.) should cite the FOIA and address inquiries to address in item b. above.

> Requesters who have been denied access to documents or wish to have documents amended should address inquiries to address in item c. above. (Reference

- Your full current name
- Any other names you may have used in the past
- Date of Birth
- Social Security Number
- An originally notarized signature*
- A brief description of the records you are seeking
- Any other information that you believe may be useful in our search for records pertaining to you
- Whether you want someone else to receive the records on your behalf (include name and address of the other party)

The address to send your request to is:
*Defense Security Service*
*Privacy Act Branch*
*938 Elkridge Landing Road*
*Linthicum, MD 21090-2917*

Please note, that due to privacy concerns, facsimile and electronic mail requests for investigative files are **not** accepted. Only originally signed and properly notarized requests will be accepted via postal mail.

*\*A word about notarized signatures - We at the PAB want to protect your privacy by ensuring that no unauthorized person obtains access to your DSS investigative file. Therefore, we ask for a notarized signature to ensure that only the correct person will be getting your records.*

Note: For military personnel, you may have your signature attested to by a **commissioned officer** in place of the notary requirement.

Top

**WHAT IF I DISAGREE WITH INFORMATION CONTAINED IN MY DSS FILE OR WISH TO CLARIFY INFORMATION?**

The Privacy Act of 1974, permits you to request amendments to your DSS investigative file. If, after reviewing your file, you find information you disagree with, information you believe to be erroneous or if you wish to provide additional information to clarify something, we are able to provide you with instructions on how to make such a request. These actions are not conducted by the PAB, but by our superior's office at DSS Headquarters.

Instructions for Correction or Amendment

Mail to:
*Defense Security Service*
*Office of Freedom of Information and Privacy*
*1340 Braddock Place*
*Alexandria, Virginia 22314-1651*

Top

**HOW MAY I APPEAL IF I AM DENIED INFORMATION UNDER THE PRIVACY ACT?**

If our office denies you access to any information pertaining to you, you may appeal to our supervisor's office at DSS Headquarters at the above Amendment/Correction address.

Top

**WHAT IF MY INVESTIGATION WAS DONE A LONG TIME AGO?**

DSS became operational on October 1, 1972. Prior to the formation of DSS, the Personnel Security Investigation mission was accomplished by the military services. When DSS inherited the PSI responsibilities, prior investigations became our property. However, due to lack of storage space, old files remained in the military services file repositories until requested on an individual basis by DSS. As a result, most of these investigations were destroyed at the end of their routine retention period.

In addition, the large majority of DSS investigative files for field investigations are retained only for 15 years after the closing date of the last investigative effort. Therefore, at this time, most DSS investigations with a last investigative effort closing date prior to January 1983 have been deleted from our files.

appeal/amendment instructions)
TOP

## *WHAT DSS INFORMATION IS AVAILABLE UNDER THE FOIA?*

DSS has published in the Federal Register at: http://www.nara.gov, its procedural regulations governing access to it records under the FOIA. These regulations also address the types of records that are maintained. Material from the Register which can be accessed from this site are divided into three categories: Personnel Security, Industrial Security Security, and Education and Training. These three areas may also contain information which DSS routinely releases under the FOIA. Additional records/information as published in the Federal Register, which are not accessed via this site are not routinely released by DSS, are considered for release on a case-by-case basis, taking into consideration any information exempt from release by the FOIA or PA.
TOP

## *WHAT DSS INFORMATION MAY NOT BE AVAILABLE UNDER THE FOIA?*

As a general rule, the following types of DSS may possibly be withheld in whole or in part from public disclosure under the FOIA, unless otherwise prescribed by law:

> *DSS records that are properly and currently classified in the interest of national defense or foreign policy;*
>
> *DSS records related solely to the internal personnel rules and practices of the agency or its internal Components;*
>
> *DSS records specifically exempted from disclosure by statute (Reference DOD FOIA Home Page);*
>
> *DSS records containing trade secrets or commercial or financial information that DSS receives from a person or organization outside the Government with the understanding that the information and/or record will be retained on a privileged or confidential basis;*
>
> *DSS inter-agency or intra-agency communications. Example: various forms of communication between or within the agency that are deliberative in nature and are a part of a decision making process;*
>
> *DSS personnel and medical files and/or records and similar files and/or records, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; and*
>
> *DSS investigative files/records compiled for law enforcement purposes which (a) could reasonably be expected to interfere with enforcement proceedings, (b) would deprive a person of a right to a fair trial or an impartial adjudication, (c) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (d) could reasonably be expected to disclose the identity of a confidential source, (e) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions, if such disclosure could reasonably be expected to risk circumvention of the law, or (f) could reasonably be expected to endanger the*

*life or physical safety of any individual.*
TOP

## HOW MAY I APPEAL IF MY FOIA REQUEST FOR INFORMATION IS DENIED?

If the DSS Office of FOIA and Privacy declines to provide a requested record because the official considers it exempt from release, that decision may be appealed by the requester in writing, to the Director, DSS, who is the appellate authority for the agency. The appeal should be accompanied by a copy of the letter denying the initial request and should also contain the primary basis of disagreement with the initial refusal. Please be aware that the Director of DSS is the final appeal authority for the agency. If the Director's decision is to deny an appeal, the requester may bring suit in the United States District Court, in the district where the requester resides, in the requester's place of business, in the district in which the record is located or in the District of Columbia.
TOP

## IS THERE A FEE CHARGED FOR OBTAINING INFORMATION UNDER THE FOIA?

In some cases, DSS will charge a fee in connection with providing information to the public. This generally occurs when we receive a request for documents for commercial use (one who seeks information for use or purpose that furthers the commercial, trade, or profit interest of the requester) or when our search time exceeds 2 hours. In accordance with the FOIA, we can also charge for duplications of documents if they exceed one hundred pages and for computer searches which exceed 2 hours.
TOP

## ADDITIONAL FOIA INFORMATION & ELECTRONIC READING ROOM (DSS Security Library).

A great deal of DSS information is already publicly available on the DSS Security Library and in the DSS Public Reading Room located at DSSHQ. For additional information concerning FOIA and DOD's implementation of the Act, please refer to DOD 5400.7-R, "DOD Freedom of Information Act Program" at: http://www.defenselink.mil/pubs/foi/. Additionally, the U.S. Department of Justice, Office of Information and Privacy website, is the Federal government's executive office for guidance on implementation of the FOIA.

**WHAT IS THE DSS PAB?**
The Defense Security Service, Privacy Act Branch, is part of DSS Headquarters, but is

located at the DSS Fort Meade Facility in Fort George G. Meade, Maryland. Its function is to conduct release actions of DSS investigative files to the Subject's of those files under the auspices of the Privacy Act of 1974.

Top

## WHAT INVESTIGATIVE INFORMATION MAY BE AVAILABLE TO ME?

If DSS has conducted an investigation on you, there is generally some type of information available to you. However, if you have been awarded a CONFIDENTIAL or SECRET clearance there is the possibility that the available information may be very limited.

The investigation requirement for a clearance at the CONFIDENTIAL or SECRET level is rather fundamental. This type of investigation is know as a National Agency Check (NAC) and begins with queries to appropriate U.S. Government agencies. If no questionable or derogatory information is uncovered the investigation is concluded. However, DSS does so many of this type of investigation in a year that we cannot possibly store them all, even on microfilm. Therefore, in those instances where the results are entirely favorable, DSS does not keep a physical copy of the investigation. The only information that is available is a single line in the Defense Clearance and Investigations Index (DCII) computer system reflecting the date the NAC was completed, and the identity of those US Government agencies that were checked regarding you.

If, however, information of a questionable or derogatory nature is admitted or uncovered, then the investigation will be retained in a physical format, most likely on computer.

If you hold a TOP SECRET clearance the investigative requirements are much more complex. Although a NAC is still part of the investigation, DSS will from the beginning, send its Special Agents out to conduct a field investigation called a Single Scope Background Investigation (SSBI). These types of investigations are always retained in a physical format.

If you have maintained a clearance for a period of time, DSS may also have on file "update-type" investigations, called Periodic Reinvestigations (PR). These may either be in computer or physical format as appropriate to your clearance level and investigative results.

Finally, if we are requested to investigate questionable or derogatory allegations or information after you have been granted a clearance, but before you are due a PR, we will conduct a Special Investigative Inquiry (SII). This type of investigation is retained in a physical format.

Top

## WHAT OTHER INFORMATION IS AVAILABLE ABOUT ME FROM DSS?

We find that in the large majority of cases, people are primarily interested in the information about themselves found in the DSS investigative file. However, certain other types of information may be available, although whether any of this additional information exists is unique to each case.

An example of other types of information may include, but is not limited to:

- **Disclosure Information:** That is, records of whether your investigative file or information about your file has ever been released to another agency;
- **Industrial Clearance Information:** If you have a security clearance because you work for a company that has placed you on a DOD contract requiring a clearance, then the record of that clearance is the property of and may be released to you by

DSS.

- **General Information:** In many instances we may be able to answer general questions concerning investigations and clearances. If we can't, we may be able to direct you to a person, office or agency that can.

Top

## IS THERE ANY DSS INFORMATION I MAY NOT HAVE?

Both the PA and the FOIA permit DSS to exclude information release. Since each investigation is unique, there are an unlimited number of possibilities as to what may be withheld from an individual investigation, however, most of the information falls into one of these three general areas:

- Information that pertains to another person and release of which would, in our opinion, constitute a violation of their privacy, will be withheld.
- Information which is currently and properly classified, will be withheld.
- Information that may tend to identify a source to whom DSS has granted an express promise of confidentiality, will be withheld.

If we receive your request for your investigation and DSS has a current case open on you, we will not release any information from that current case so long as it is open. We will routinely check for completion of the case and will forward the releasable portions to you as soon as we are able.

If there are prior closed DSS investigations we will, at your request, consider them for release to you while awaiting the current case to be completed and closed.

In certain instances, we encounter medical information that we do not have the expertise to evaluate for release. In those situations, we will withhold the information and request you to provide us with the name and address of a physician to whom you wish the records sent, so they may be fully and correctly explained to you.

Top

## WHAT WON'T I FIND IN DSS RECORDS?

DSS conducts investigations for DOD military personnel, DOD Federal civilian personnel, and DOD contractor personnel. We have special arrangements with certain other Federal agencies to do some investigations for them, for example, the US Coast Guard. However, we do not perform investigations for the entire government. If you do not fit into one of these categories, you should contact the service, agency or contractor you are or were with, to obtain the identity of the investigating agency.

We maintain clearance information for DOD contractors only. If you are seeking information concerning a clearance you currently have or had as a member of the military or as a Federal civilian employee, you must contact the service or agency you served in or worked for to obtain clearance information.

We conduct only Personnel Security Investigations, we do not conduct any criminal-type law enforcement investigations.

We are not an intelligence-gathering agency.

**We do not investigate unexplained phenomena.**

Top

## WHAT IF I WANT A COPY OF ANY DSS INFORMATION THAT PERTAINS TO ME?

**About You** - If you wish to request a copy of your DSS investigation, you must send us a written request containing the following: