

**DEFENSE SECURITY SERVICE**
938 ELKRIDGE LANDING ROAD
LINTHICUM, MARYLAND 21090

Mr. Samuel L. Clemmons              17 MAY 2006
PO Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

This is in reply to your notarized Privacy Act request dated July 26, 2005, asking for records concerning you.

In order to respond to your request for Defense Security Service (DSS) records we conducted a search of the Defense Central Index of Investigations (DCII), a compendium of Department of Defense (DOD) security and criminal investigative file numbers.

Our check of the DCII, using the personal identifying data you provided, revealed only a favorable DSS National Agency Check (NAC) regarding you completed on March 20, 1989.

Results of favorable NAC's from that period are retained only as a single data line in the computer. No physical case files were established or maintained. We are enclosing a copy of the DCII printout reflecting the results of the NAC concerning you. The printout indicates that the DCII and the Federal Bureau of Investigation, Headquarters and the Identification Division - Technical Fingerprint Check (FBI-HQ/FBI-ID-T) were checked for records regarding you.

In addition, the DCII disclosed that the following US Government agency may have records of interest to you in this instance:

    Director
    US Army Crime Records Center
    Attn: FOIA and Privacy Office
    6010 6th Street
    Fort Belvoir, VA 22060-5585

We appreciate having been able to serve you in this matter. If you have any questions regarding the contents of your file or the information released to you, please feel free to contact my office. Instructions regarding amendment requests will be furnished upon request. Appeal actions concerning denial of information may be addressed to Defense Security Service, Office of FOIA and Privacy, 1340 Braddock Place, Alexandria, VA 22314-1651.

Sincerely,

S. J. DEMARCO, IV
Chief, Privacy Act Branch

Attachment:
DCII Printout

# Person Search Results

Results: 1 records found

**Name:** CLEMMONS, SAMUEL LENNIOUS

| **SSN:** 427086671 | **DOB:** 1965/06/04 | **State of Birth:** MO | **Country of Birth:** US |

| **File Number** | **File Location** | **File Year** | **Context** | **Retention** | **Closed** |
|---|---|---|---|---|---|
|  | ACRD |  |  |  |  |

| **AKA Name** | **Indexed By** |
|---|---|
|  |  |

| **NAC History Date** | **Agency Code(s)** |
|---|---|
| 1989/03/20 | DCII, FBI-HQ, FBI-ID-T |

For Official Use Only
Privacy Act of 1974 applies. Reference the coversheet for details.