CERTIFIED MAIL

7004 0550 0001 1915 8253

**DEPARTMENT OF THE ARMY**

COMMANDER
US ARMY CLAIMS SERVICE OTJAG
BUILDING 4411
ATTENTION JACS Admin. Office
FORT GEORGE G MEADE MD 20755-5360

OFFICIAL BUSINESS

U.S. POSTAGE $4.42
FORT GEORGE G MEADE MD
OCT 19 '05
PB METER 7146336

OCT 25 2005

FIRST NOTICE _____
SECOND NOTICE 11-1-05 RSS

MR SAM L CLEMMONS
PO BOX 1001
BROOKHAVEN MS 39602

39602+1001-01 B01B



**DEPARTMENT OF THE ARMY**
US ARMY CLAIMS SERVICE
OFFICE OF THE JUDGE ADVOCATE GENERAL
4411 LLEWELLYN AVENUE
FORT GEORGE G MEADE MARYLAND 20755-5360

October 18, 2005

REPLY TO
ATTENTION OF:

Executive

Mr. Sam L. Clemmons
P.O. Box 1001
Brookhaven, MS 39602

Dear Mr. Clemmons:

We are in receipt of your letter dated October 9, 2005, requesting; a copy of any CID investigation …in your files…used to render a decision against me.

The U.S. Army Claims Service (USARCS) is not the records custodian for records of CID investigations. I see from your request that you have also requested that the Director, U.S. Army Crime Records Center, ATTN: FOIA, 6010 Gunston Road, Fort Belvoir, VA 22060 respond to your request for CID investigative records. That agency is more likely than USARCS to have such records, if in existence, on file. A search of our files at USARCS Fort Meade has located no records responsive to your request.

The Office of The Staff Judge Advocate (OSJA), U.S. Army Signal Center and Fort Gordon is currently in possession of your claims file. They will review your file to determine if they have any releasable information in response to your request. Mr. Allan Downen or another staff member of the OSJA will respond to the request you sent to the Commander, Fort Gordon.

This constitutes a denial for materials requested under the Freedom of Information Act. This denial is made on behalf of Major General Scott C. Black, The Judge Advocate General of the Army. You may appeal this determination by writing to the Commander, U.S. Army Claims Service, 4411 Llewellyn Avenue, Fort George G. Meade, MD 20755-5360 within 60 calendar days of your receipt of this letter.

-2-

Both the letter and the envelope should be clearly marked, "Freedom of Information Act/Privacy Act Appeal." I will then forward your appeal to the General Counsel, Department of the Army, who will notify you directly of his decision.

                                          Sincerely,

                                          Joseph L. Impallaria, Jr.
                                          Lieutenant Colonel, US Army
                                          Executive Officer

Copy Furnished:

Mr. Allan T. Downen