AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

DEFENSE SECURITY (DSS) ADMINISTRATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00304

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/21/2006

TO: (Name and address of Defendant)

DEFENSE SECURITY (DSS) ADMINISTRATION
OFFICE OF FIOA AND PRIVACY ACT
1340 BRADDOCK PLACE
ALEXANDRIA, VA 22314-1651

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PROSE (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL.
BROOKHAVEN, MS. 39601

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

FEB 21 2006
DATE

M. Herrera
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE APRIL 25, 2006 |
|---|---|
| NAME OF SERVER (PRINT) SAMUEL L. CLEMMONS | TITLE PLAINTIFF, PRO SE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: THE DEPT OF DEFENSE SECURITY SERVICE ATTN: DIRECTOR J. CHARLES, 1340 BRADDOCK PLACE, ALEXANDRIA, VA 22314-1651

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☐ Other (specify): ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S.P.S | U.S. P.S EXPRESS SERVICE | $16.25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 25, 2006
Date

[signature]
*Signature of Server*

548 SAINT CHARLES PL
BROOKHAVEN MS 39601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Plaintiff

SAM L. CLEMMONS

Vs.

DEFENSE SECURITY (DSS) ADM.

Defendant

Civil Action No. ______________

CASE NUMBER: 1:06CV00304

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/21/2006

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the 26TH day of APRIL, 2006, and an affidavit on behalf of the plaintiff (s) having been filed, it is this 31 day of MAY, 2006 declared that DEFENSE SECURITY (DSS) SERVICE HAS FAILED TO RESPONSE TO THE COURT ACCORDINGLY TO THE SUMMONS IN WHICH THE DEFENDANT WAS SERVED. THE DEFENDANT HAS ALSO FAILED TO RESPONSE TO THE JUDGE'S ORDER TO FILE A DISPOSITIVE MOTION.

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By ______________________
Deputy Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CASE NUMBER: 1:06CV00304

CIVIL ACTION NO:

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/21/2006

V

Defense Security (DSS) Administration
**Attn: Director in Charge**
**Office of FOIA and Privacy Act**
1340 Braddock Place
Alexandria, VA 22314-1651

**AFFIDAVIT OF SERVICE**

**I,** SAMUEL L. CLEMMONS**, hereby declare that on the** 25TH **of** APRIL **20**06**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to** THE DEPT OF DEFENSE SECURITY **(the** ADM **defendant & defendant's attorney). Attached hereto is the green card acknowledging service.**

**Staple the green card here. Make sure it Bears the original signature of the person Who signed for the summon and complaint**
**STAPLE GREEN CARD IN THIS AREA**

[signature]

SAMUEL L. CLEMMONS

548 SAINT CHARLES PL

BROOKHAVEN, MS 39601

866-409-7758



Label 11-B, March 2004

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
Post Office To Addressee

EQ 242464115 US

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 30160
Date Accepted: Mo. 4 Day 25 Year 06
Time Accepted: 1205 PM
Weight: 5 ozs.
Scheduled Date of Delivery: Month 4 Day 26
Postage: $16.25
Total Postage & Fees: $16.25

FROM: (PLEASE PRINT)
MRS. M. K. LEE
P.O. BOX 25555
ATLANTA, GA 30355

TO: (PLEASE PRINT)
THE DEPT OF DEFENSE SECURITY
ATTN: DIRECTOR IN CHARGE
OFFICE OF FOIA AND PRIVACY ACT
1340 BRADDOCK PLACE
ALEXANDRIA, VA 22314-1651

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.): 22314 + 165

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

Barrett Parkway Station
Kennesaw, Georgia
301449997
1204440259-0098
04/25/2006 (770)422-4103 12:01:26 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.00 oz. | | | |
| Label #: EQ242464107US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20001 | | | $14.40 |
| Express Mail PO-ADD | | | |
| 5.00 oz. | | | |
| Label #: EQ242464098US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |
| ALEXANDRIA VA 22314 | | | $14.40 |
| Express Mail PO-ADD | | | |
| 5.00 oz. | | | |
| Label #: EQ242464115US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| Issue PVI: | | | $16.25 |

Total: $48.75

Paid by:
AMEX $48.75
Account #: XXXXXXXXXXXX2002
Approval #: 583672
Transaction #: 482
23 902850908 4104710777

Bill#: 1000200504800
Clerk: 04

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

DEFENSE SECURITY (DSS) ADMINISTRATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00304

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/21/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD STREET, NW
WASHINGTON, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S [redacted] Pro Se (name and address)

Sam L. Clemmons
548 Saint Charles Pl
Brookhaven, MS. 39601

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

FEB 21 2006
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE APRIL 25, 2006 |
|---|---|
| NAME OF SERVER (PRINT) SAMUEL L CLEMMONS | TITLE PLAINTIFF PRO SE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: U.S. ATTORNEY, 501 3RD STREET N.W. WASHINGTON, DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. P.S | U.SPS EXPRESS SERVICE | $ 16.25 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 25, 2006
Date

[signature]
*Signature of Server*

548 SAINT CHARLES PL
BROOKHAVEN MS 39601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Barrett Parkway Station
Kennesaw, Georgia
301449997
1204440259-0098
04/25/2006 (770)422-4103 12:01:26 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20530 EM | | | $14.40 |
| PO-Add Flat Rate | | | |
| 5.00 oz. | | | |
| Label #: EQ242464107US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20001 | | | $14.40 |
| Express Mail PO-ADD | | | |
| 5.00 oz. | | | |
| Label #: EQ242464098US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |
| ALEXANDRIA VA 22314 | | | $14.40 |
| Express Mail PO-ADD | | | |
| 5.00 oz. | | | |
| Label #: EQ242464115US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |

Total: $48.75

Paid by:
AMEX $48.75
Account # XXXXXXXXXXXX2002
Approval #: 583672
Transaction #: 482
23 902850908 4104710777

Bill#: 1000200504800
Clerk: 04

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CASE NUMBER: 1:06CV00304

CIVIL ACTION NO:

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/21/2006

V

Defense Security (DSS) Administration
**Attn: Director in Charge**
**Office of FOIA and Privacy Act**
1340 Braddock Place
Alexandria, VA 22314-1651

**AFFIDAVIT OF SERVICE**

**I,** SAMUEL L. CLEMMONS**, hereby declare that on the** 25TH **of** APRIL **20**06**, I mailed a copy of the summons and complaint, certified mail return receipt requested, to** U.S. ATTORNEY **(the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
501 3RD STREET, N.W.
WASHINGTON, DC 20001

2. Article Number (*Transfer from service label*) E EQ242464098US 9 US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) [illegible] C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☑ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

Clemmons vs. Defense Security (DSS) Administration & Office of FOIA & ...ion 1340 Braddock Place, Alexandria, VA 22314-1651

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAM CLEMMONS

V.

DEFENSE SECURITY (DSS) ADMINISTRATION

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00304

JUDGE: Royce C. Lamberth

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/21/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE,NW
WASHINGTON, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF PRO SE [redacted] (name and address)

SAM L. CLEMMONS
548 SAINT CHARLES PL.
BROOKHAVEN, MS. 39601

an answer to the complaint which is served on you with this summons, within 30 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

FEB 21 2006
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE April 25 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* Samuel L. Clemmons | TITLE Plaintiff, Pro Se |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: U.S. Attorney General, 950 Pennsylvania Ave, NW, Washington, DC 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| U.S. PS | U.S.PS Express Service | $ 16.25 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 25, 2006
Date

[signature]
*Signature of Server*

548 Saint Charles Pl
Brookhaven, MS 39601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

EQ 242464107 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 30160

Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day

Postage: $ 16.25

Date Accepted: Mo. 4 Day 25 Year 06

Scheduled Date of Delivery: Month 4 Day 26

Return Receipt Fee: $

Time Accepted: 12:00 ☐ AM ☒ PM

Scheduled Time of Delivery: ☒ Noon ☐ 3 PM

COD Fee: $ — Insurance Fee: $

Military: ☐ 2nd Day ☐ 3rd Day

Total Postage & Fees: $ 16.25

Flat Rate ☐ or Weight — lbs. ozs.

Int'l Alpha Country Code

Acceptance Emp. Initials

FROM: (PLEASE PRINT) PHONE ( )

MRS. M. I. LEE
P.O. BOX 25555
ATLANTA, GA 30355

FOR PICKUP OR TRACKING

Visit www.usps.com

Call 1-800-222-1811

EMS

EXPRESS MAIL

UNITED STATES POSTAL SERVICE®

Customer Copy

Label 11-B, March 2004

Post Office To Addressee

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date | Time | | Employee Signature |
| Mo. Day | | ☐ AM ☐ PM | |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) [illegible]

NO DELIVERY ☐ Weekend ☐ Holiday — Mailer Signature

TO: (PLEASE PRINT) PHONE ( )

UNITED STATES ATTORNEY GENERAL
950 PENNSYLVANIA AVE. N.W.
WASHINGTON, DC 20530
MISS [illegible]

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

2 0 5 3 0 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

Barrett Parkway Station
Kennesaw, Georgia
301449997
1204440259-0098

04/25/2006 (770)422-4103 12:01:26 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| WASHINGTON DC 20530 EM PO-Add Flat Rate | | | $14.40 |
| 5.00 oz. | | | |
| Label #: EQ242464107US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |
| WASHINGTON DC 20001 Express Mail PO-ADD | | | $14.40 |
| 5.00 oz. | | | |
| Label #: EQ242464098US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |
| ALEXANDRIA VA 22314 Express Mail PO-ADD | | | $14.40 |
| 5.00 oz. | | | |
| Label #: EQ242464115US | | | |
| Next Day Noon / Normal Delivery | | | |
| Return Rcpt (Green Card) | | | $1.85 |
| | | | ======== |
| Issue PVI: | | | $16.25 |

Total: $48.75

Paid by:
AMEX $48.75
Account # XXXXXXXXXXXX2002
Approval #: 583672
Transaction #: 482
23 902850908 4104710777

Bill#: 1000200504800
Clerk: 04

— All sales final on stamps and postage. —
Refunds for guaranteed services only.
Thank you for your business.
Customer Copy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MR. SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601
1-866-409-7758

CASE NUMBER: 1:06CV00304

CIVIL ACTION NO:

JUDGE: ROYCE C. LAMBERTH
DECK TYPE: FOIA / PRIVACY ACT
DATE STAMP: 02/21/2006

V

Defense Security (DSS) Administration
**Attn: Director in Charge**
**Office of FOIA and Privacy Act**
1340 Braddock Place
Alexandria, VA 22314-1651

**AFFIDAVIT OF SERVICE**

**I,** Samuel L. Clemmons **, hereby declare that on the** 25TH **of** April **20**06 **, I mailed a copy of the summons and complaint, certified mail return receipt requested, to** U.S. Attorney General **(the defendant & defendant's attorney). Attached hereto is the green card acknowledging service.**

SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE, NW.
WASHINGTON, DC 20530

2. Article Number
(Transfer from service label) EQ242464107US US

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) APR 27 2006 C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☑ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 28th day of June 2006, a true copy of this foregoing Response was served by regular mail to:

A copy of the Plaintiff's motion to enter discovery by the way of requesting a Motion for Summary Judgement by Default was sent to the Defendant's Counsel with a certified mail tracking number of: **7006 0810 0002 9190 1118.**

Defendant's Counsel

U.S. Attorney Office
Attn: Attorney Claire Whitaker
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, NW Rm. E4202
Washington, DC 20530

And

District Court for the District of Columbia
**Attn: Office of the Clerk & Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601