UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENSE SECURITY (DSS) )<br>ADMINISTRATION. )<br>Defendant. )<br>) | Civil Action No. 06-0304 (RCL) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION REQUEST TO RESPONSE [SIC] TO DEFENDANT'S ACTIONS TO DEFEND AGAINST LAWSUIT & PLAINTIFF'S MOTION REQUEST TO
<u>ENTER DISCOVERY AND REQUEST FOR JUDGEMENT BY DEFAULT</u>**

In response to defendant's motion for dismissal of this lawsuit or for summary judgment, plaintiff filed "Plaintiff's Motion Request to Response [sic] to Defendant's Actions to Defend Against Lawsuit.[sic] Plaintiff's Motion Request to Enter Discovery and Request for Judgement by Default." <u>See</u> R. 11.  As plaintiff fails in this filing to address defendant's properly supported dispositive motion, which establishes that an adequate search was conducted and that no responsive documents were located, dismissal or summary judgment is appropriate in this civil action.  Moreover, plaintiff has been directed to seek responsive records from the Department of Army and it appears from the docket of consolidated cases before this Court that plaintiff has done so.

To the extent that plaintiff requests a default judgment, he presents no grounds for such actions.  Defendant filed a timely dispositive motion which is presently pending consideration by the Court.

To the extent that plaintiff requests discovery in this matter, he fails to set forth by affidavit the grounds for his request. See Fed. R. Civ. P. 56(f).  Accordingly, plaintiff has not established that discovery is warranted and his motion should be denied.  However, to protect defendant from harassing and improper discovery at this juncture of the proceedings, defendant has moved for a stay in discovery pending a decision on its dispositive motion.  In support of this motion, defendant states that this Court has "broad discretion in granting or denying stays so as 'to coordinate business of [the] court efficiently and sensibly.'" McSurely v. McClellan, 426 F.2d 664, 671 (D.C. Cir. 1970) (quoting Landis v. North American Co., 299 U.S. 248, 254-55 (1936)); see Brune v. IRS, 861 F.2d 1284, 1288 (D.C. Cir. 1988); Brennan v. Local Union No. 639, 494 F.2d 1092, 1100 (D.C. Cir. 1974).  Indeed, staying discovery pending resolution of a potentially dispositive motion "is an eminently logical means to prevent wasting the time and effort of all concerned, and to make the most efficient use of judicial resources." Coastal States Gas Corp. v. Department of Energy, 84 F.R.D. 278, 282 (D. Del. 1982), citing Westminster Investing Corp. v. G.C. Murphy Co., 434 F.2d 521, 526 (D.C. Cir. 1970).

Moreover, discovery in a FOIA case is generally inappropriate. Judicial Watch, Inc. v. Exp. Imp. Bank, 108 F.Supp.2d 19, 25 (D.D.C. 2000).  Plaintiff has failed to make any showing, whatsoever, that discovery may be warranted in this case. See Strang v. U.S. Arms Control & Disarm. Agency, 864 F.2d 859, 861 (D.C. Cir. 1989).

Defendant has filed a dispositive motion which is now fully briefed.  During the Court's consideration of this motion, defendant asks that the Court stay all discovery.  Since a ruling favorable to defendant will obviate the need for discovery, discovery will be a needless expenditure of resources for both parties, and the Court.

                Respectfully submitted,

                /s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

                /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                /s/
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C.  20530
(202) 514-7137

OF COUNSEL:

ROLAND MEISNER
Assistant General Counsel
Office of General Counsel
Defense Security Service

# **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing memorandum was served by First-Class Mail; postage prepaid to:

        SAM L. CLEMMONS, *pro se*
        548 Saint Charles Place
        Brookhaven, MS 39601

on this 12th day of July, 2006.

                                           /s/
                                    CLAIRE WHITAKER,
                                    Assistant U.S. Attorney
                                    Judiciary Center Building
                                    555 Fourth St., N.W., Rm. E4204
                                    Washington, D.C.  20530
                                    (202) 514-7137