**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SAM L. CLEMMONS,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) Civil Action No. 06-0304 (RCL) |
|  | ) |
| **DEFENSE SECURITY (DSS)** | ) |
| **ADMINISTRATION.** | ) |
| **Defendant.** | ) |

**DEFENDANT'S MOTION TO STAY DISCOVERY**

Defendant, the Defense Security Services of the U.S. Department of Defense, through counsel, respectfully moves this Court to stay discovery in this case pending resolution of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment. The grounds for this motion are set forth in defendant's opposition to "Plaintiff's Motion Request to Response [sic] to Defendant's Actions to Defend Against Lawsuit.[sic] Plaintiff's Motion Request to Enter Discovery and Request for Judgement by Default" filed this date. Plaintiff has been consulted and indicates that he opposes this motion. A proposed order is attached.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing motion and proposed order was served by First-Class Mail; postage prepaid to:

> SAM L. CLEMMONS, *pro se*
> 548 Saint Charles Place
> Brookhaven, MS 39601

on this 12th day of July, 2006.

                                          /s/
                                     CLAIRE WHITAKER,
                                     Assistant U.S. Attorney
                                     Judiciary Center Building
                                     555 Fourth St., N.W., Rm. E4204
                                     Washington, D.C.  20530
                                     (202) 514-7137