UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAM L. CLEMMONS,<br><br>     **Plaintiff,**<br><br>v.<br><br>DEFENSE SECURITY (DSS) ADMINISTRATION.<br>     **Defendant.** | Civil Action No. 06-0304 (RCL) |

## ORDER

Upon consideration of defendant's motion for a stay in discovery pending resolution of defendant's dispositive motion, the opposition thereto, and for good cause shown, it is this

_____ day of _____, 2006

ORDERED, that said motion is granted. Discovery is stayed pending further order of this Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

SAM L. CLEMMONS, *pro se*
548 Saint Charles Place
Brookhaven, MS 39601

CLAIRE WHITAKER,
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137