CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS )
)
Vs. )          Civil Action No. *1:06 CV00304 RCL*
)
DEFENSE SECURITY (DSS) )
ADM. )
)

## <u>AFFIDAVIT IN SUPPORT OF DEFAULT</u>

I hereby certify under penalty of perjury, this *25TH* day of *JUNE*, *2006*, that I am the
attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
*THE DEFENSE SECURITY SERVICE (DSS), THE U.S. ATTORNEY AND THE U.S. ATTORNEY GENERAL*
was (were): [personally served with process on _____].

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court
of the District of Columbia on (date the return receipt was signed by addressee):
*APRIL 26, 2006 BY USPS EXPRESS SERVICE*].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil
Procedure on (date the Acknowledgment Form was signed by addressee):
_____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of
Columbia is:
_____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this
case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given
and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the
defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
*543 SAINT CHARLES PL*
*BROOKHAVEN, MS 39601*
*866-409-7756*

_____                    _____
Bar Id. Number                                      Address and Telephone Number

# RECEIVED

JUL 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____  )
                Plaintiff       )
                                )
        vs.                     )     Civil Action No. _____
                                )
                                )
_____  )
                                )
_____  )
                Defendant

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action

though duly served with summons and copy of complaint on the _____ day of

_____, _____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this

_____ day of _____, _____ declared that

_____

_____

_____

_____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
                Deputy Clerk

**5**

Track Shipments
**Detailed Results**

⑦ Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 850485717994 | **Destination** | LINTHICUM HEIGHTS, MD |
| **Signed for by** | T.AQUINO | | |
| **Ship date** | Sep 15, 2005 | **Service type** | Standard Overnight |
| **Delivery date** | Sep 16, 2005 9:13 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 16, 2005** | 9:13 AM | **Delivered** | LINTHICUM HEIGHTS, MD | |

Signature proof          Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From [

To

Send email

Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 850485718008 | **Destination** | ALEXANDRIA, VA |
| **Signed for by** | B.CARUSO | **Service type** | Standard Overnight |
| **Ship date** | Sep 15, 2005 | | |
| **Delivery date** | Sep 16, 2005 10:29 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| **Sep 16, 2005** | 10:29 AM | **Delivered** | ALEXANDRIA, VA | |

Signature proof      Track more shipments

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your
message (optional), and click **Send email**.

From

Add a message to this email.

To

Send email

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of July 2006, a true copy of this foregoing response was served concerning case # 1:06CV00304 (RCL) by regular mail to:

Defendant's Counsel

U.S. ATTORNEY OFFICE
ATTN: ATTORNEY CLAIRE WHITAKER
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, NW Rm. E4202
Washington, DC 20530

And

By FedEx Express Service to:
**Tracking #: 851980919410**

District Court for the District of Columbia
**Attn: Office of the Clerk & Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 2001

Sam L. Clemmons, Pro Se
548 Saint Charles Place
Brookhaven, MS 39601