UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, )<br>)<br>             Plaintiff, )<br>)<br>v.                                              )<br>)<br>DEFENSE SECURITY (DSS) )<br>ADMINISTRATION. )<br>             Defendant. )<br>) | Civil Action No. 06-0304 (RCL) |

## ORDER

Upon consideration of defendant's motion to dismiss or, alternatively, for summary judgment [R. 6 & R. 7], plaintiff's motion request & response to the court after receiving the defendant's pleading request to dismiss or for summary judgment [R. 15], the oppositions and reply thereto, and after a review of the entire record, it is this _____ day of

_____, 2006

ORDERED, that plaintiff's motion is denied.

FURTHER ORDERED, that defendant's motion is granted, and this case is dismissed from the docket of this court, with prejudice.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

SAM L. CLEMMONS, *pro se*
548 Saint Charles Place
Brookhaven, MS 39601

CLAIRE WHITAKER,

Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137