UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAM L. CLEMMONS, | ) ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 06-0304 (RCL) |
| DEFENSE SECURITY (DSS) ADMINISTRATION. | ) ) ) | |
| **Defendant.** | ) ) ) | |

## ORDER

Upon consideration of defendant's motion to stay [R. 14], plaintiff's motion request to subpoena duces tecum after motion request to enter discovery but before summary judgment has been issued [R. 16], the oppositions and reply thereto, and after a review of the entire record, it is this _____ day of _____, 2006

ORDERED, that plaintiff's motion is denied.

FURTHER ORDERED, that defendant's motion is granted. Discovery is stay pending further order of this Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

SAM L. CLEMMONS, *pro se*
548 Saint Charles Place
Brookhaven, MS 39601

CLAIRE WHITAKER,
Assistant U.S. Attorney
555 Fourth St., N.W., Rm. E4204
Washington, D.C.  20530