# Freedom of Information and Privacy Acts



# Federal Bureau of Investigation



$11.400
07.11.2005
US POSTAGE
Hasler
PRESORTED
FIRST CLASS

7004 1160 0005 0697 0664
CERTIFIED MAIL

MR. SAMUEL L. CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN, MS 39601

## TAG: EXHIBIT

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and confomation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
FPC
BOYERS, PA 16016-0918

OFFICIAL BUSINESS

7003 1010 0001 3719 4054

MR SAMUEL L CLEMMONS
548 SAINT CHARLES PLACE
BROOKHAVEN MS 39601

TO BE OPENED BY ADDRESSEE ONLY

## TAG: EXHIBIT

Statue of Limitation starts from the time Mr. Clemmons signed for these documents and these documents are in Mr. Clemmons' procession.

Anyone who Mr. Clemmons pursue for damages due to false information, that party needs to pursue the OPM for damages that they feel that they have encountered, incurred and due from this release to Clemmons.

The party or parties who feels they Have encountered hurt or harm should go to USPS.Com for tacking and conformation of receipts of theirs testimonies to protects their rights to rebuttal and defend any actions.

That's the law!

```
                                                              PAGE:        3
DATE: 09/12/00
                                                   EXTRA COVERAGE: AL67
CASE #: 00008928    TYPE/SERVICE: SBI - 35
NAME: CLEMMONS, SAMUEL LENNIOUS JR
                        DOB: ████████    POSITION: SPECIAL AGENT
 SN: ████████

                                                   CM  RESULTS
ITM  TYPE  ITEM IDENTIFICATION/LOCATION            **  **********************
***  ****  ************************************    R   ACCEPTABLE
044  RESI  APARTMENT 40-A
           ATLANTA, GA                              P   ACCEPTABLE
045  EMPL  EMPLOYER - OSI COLLECTION SERVICES
           MARIETTA, GA                             P   ACCEPTABLE
046  GENL  PATRICIA PERKINS HOOKER
           ATLANTA, GA                              P   ACCEPTABLE
047  GENL  MARCUS Q. POLK
           LITHONIA, GA                             P   ACCEPTABLE
048  GENL  DAVID A. JONES
           KENNESAW, GA                             P   ACCEPTABLE
049  GENL  CLYDE A. OWENS
           LAWRENCEVILLE, GA                        P   ISSUE(S)        *
050  RESI  MARIETTA
           MARIETTA, GA                             L   NO RECORD
A01  SII                                            I   NO RECORD
B01  FBIF                                           L   NO PERTINENT
C01  FBIN                                           L   RECORD
D01  DCII                                           I   ISSUE(S)        *
D02  DCIF                                           I   ISSUE(S)        *
E01  CRED  CBM EQUIFAX
           BALTIMORE, MD                            L   ACCEPTABLE
F01  SESE  SELECTIVE SER
           GREAT LAKES, IL                          I   ACCEPTABLE
_01  MILR  ARMY                                     R   NO RECORD
H01  OPF   NPRC
           ST. LOUIS, MO                            ████████        ?
████ CIA  ████████
           WASHINGTON, DC                           I   ACCEPTABLE
N01  BVS   BIRTH
           ST LOUIS, MO                             I   ACCEPTABLE
P01  NATG
           MS                                       I   ACCEPTABLE
W01  STSC  STATE SEC
           WASHINGTON, DC
```

(b)(3),(j)(1)

********************    END CASE CLOSING TRANSMITTAL    ************************