000347427  224-01  08/04/06
CLEMMONS, SAM
06/04/65  M  41Y  D0621600048
PANDYA, GANESH P

# WELLSTAR Health System

## DISCHARGE SUMMARY

☐ Cobb Hospital  ☒ Douglas Hospital
☐ Kennestone Hospital  ☐ Paulding Hospital
☐ Windy Hill Hospital

**DATE/TIME OF DISCHARGE** 8/8/06  1700  **PATIENT PHONE NUMBER** 770-366-7075
**MODE OF DISCHARGE:** ☐ AMBULATORY  ☒ WHEELCHAIR  ☐ AMBULANCE  ☐ CARRIED
**DESTINATION:** ☒ HOME  ☐ FACILITY _____  ☒ IN CARE OF  self
**DISCHARGE PER PHYSICIAN ASSESSMENT AND ORDER**  Yes ☒  No ☐  N/A ☐
**PAIN ASSESSMENT:** Verbalized Pain (0-10) 3  Pain Prescription given: Y☒ N☐ If pain is greater than your established comfort goal or you have other problems with pain medication, notify your physician.

- If patient smoked or has stopped smoking within the past 12 months, was the "Smoking/Tobacco Cessation Counseling" document given to the patient? Yes ☐ No ☐ N/A ☒ *For additional help call the Georgia 24 hr. help line at 877-270-STOP
- If patient was admitted with or experienced Heart Failure this admission, was the "A Guide to a Stronger Heart - Understanding Heart Failure*" Booklet given to the patient? Yes ☐ No ☐ N/A ☒ Date Given____
  Date Reviewed____  Reviewed prior to discharge____ Patient verbalized understanding of content____
  *content includes information regarding activity, diet, follow up physician appointment, what to do if symptoms worsen and weight monitoring
- If patient was admitted with or experienced an MI this admission, was cardiac rehab consulted? Yes ☐ No ☐ N/A ☒
- If the patient is eligible for the pneumovax vaccine was it administered? Yes ☐ No ☐ N/A ☒ Date given:____

**NUTRITIONAL NEEDS:** Regular diet ☒  Special diet ☐ _____  Instructions given ☐
**ACTIVITY:** No restrictions ☐  Limitations ☒  Specify: no lifting more than 15 lb
**ADDITIONAL EDUCATION NEEDS:** ☐ Instructions/Booklet given  Title: _____
**SOCIAL SERVICE//HOME HEALTH//OUTPATIENT//REFERRAL:** _____
**PATIENT DISCHARGED WITH FOLLOWING EQUIPMENT:** monitor for elevated temperature, green/yellow pus drainage, redness or swelling around incisions, cover drain site with gauze or bandaids to completely seal incision / increasing pain — call Dr. if any of these occur

**PATIENT DISCHARGE INSTRUCTIONS:**

| MEDICATION (Name and Purpose) | DOSAGE | FREQUENCY | COMMENTS | CARE NOTES Yes | No |
|---|---|---|---|---|---|
| Levaquin | 500 mg | at bedtime | | ✓ | |
| Vicodin | 1 tablet | every 4 hours | as needed (prn) | ✓ | |
| Triple antibiotic ointment | put on incision | at least daily | | | |
| | | | | | |

**FOLLOWUP APPOINTMENTS:**
NAME Dr. Pandya  Phone 770-949-4000  Date 8/15/06  Time____  ☒ Call for appointment
NAME Dr. Maracha  Phone 770-874-0524  Date 8/24/06  Time____  ☒ Call for appointment
NAME _____  Phone____  Date____  Time____  ☐ Call for appointment

☒ I HAVE RECEIVED ALL PERSONAL BELONGINGS.  ☐ I UNDERSTAND THE ABOVE INSTRUCTIONS.
☐ I UNDERSTAND SAFE USE OF THE EQUIPMENT I WILL BE TAKING HOME.  ☒ N/A
☒ I HAVE A COPY OF THIS FORM AND ACCEPT RESPONSIBILITY FOR TAKING THE COPY TO MY PHYSICIAN(S) ON MY FOLLOWUP APPOINTMENT(S).

X _____
PATIENT/RESPONSIBLE PERSON SIGNATURE  DATE        NURSE SIGNATURE                  DATE

Form # WS0230  Item# 24163    ORIGINAL: Chart    YELLOW: Patient    PINK: Unit    REV.03-05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS        )
                       )
Vs.                    )        Civil Action No. 06 0304-RCL
                       )
DEFENSE SECURITY (DSS) )
ADM.                   )
                       )
        Defendant(s)   )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____        August 17, 2006
Attorney for the Plaintiff(s)    Date


_____        _____
Attorney for the Defendant(s)    Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

### ORDER OF REFERENCE

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United Sates Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_____        _____
United States District Judge     Date

NOTE:  RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED
       TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE.

CO-942B
Rev 3/95
Rev 7/99

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Nancy M. Mayer-Whittington
Clerk

## NOTICE OF RIGHT TO CONSENT TO TRIAL BEFORE UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in a delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to a trial of your case by a United States Magistrate Judge. By statute, 28 U.S.C. § 636(c), Fed.R.Civ.P.73 and Local Rule 502, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

**WHAT IS THE PROCEDURE?**

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Rule 206 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are **not** foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Attached is a copy of the "Consent to Proceed Before a United States Magistrate Judge for All Purposes" form. Your response should be made to the Clerk of the United States District Court only.

**WHAT IS THE ADVANTAGE?**

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned for all purposes to a Magistrate Judge.
CO-942A
Rev 3/95
Rev 7/99