UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,                )<br>                                               )<br>                                               )<br>            Plaintiff,               )<br>                                               )<br>    v.                                     )    Civil Action No. 06-0304 (RCL)<br>                                               )<br>DEFENSE SECURITY (DSS)    )<br>ADMINISTRATION.              )<br>            Defendant.           )<br>                                               )<br>                                               )  | |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION, FILED 8/18/06, TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT**

Defendant, by and through undersigned attorneys, herein replies to plaintiff's opposition to defendant's motion to dismiss or for summary judgment.

Instead of addressing the arguments outlined in defendant's dispositive motion, plaintiff reargues his position that defendant's filings before this Court have been untimely. Because plaintiff fails to address any of the arguments presented by defendant notwithstanding notice to do so, he has conceded them. Accordingly, this case should be dismissed with prejudice or summary judgment entered in defendant's favor.

With regard to plaintiff's timeliness argument, he is simply wrong in his representations to the Court. Defendant was served with plaintiff's complaint on April 26, 2006. On May 26, 2006, 30 calendar days after service, defendant answered the complaint. On May 31, 2006, the Court issued an order directing defendant that if it intended to file a dispositive motion in this case to file such motion within ten days from the date of the order. On June 14, 2006, the tenth business day after the order was issued, defendant filed its motion to dismiss or for summary

judgment. Thus, defendant has fully complied with the rules of court and the Court's scheduling order.

## Conclusion

For the reasons stated herein and in defendant's motion to dismiss or for summary judgment, it is respectfully requested that this case be dismissed with prejudice.

                                                         Respectfully submitted,

                                                         /s/
                                        KENNETH L. WAINSTEIN , D.C. Bar # 451058
                                        United States Attorney

                                                         /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                                         /s/
                                        CLAIRE WHITAKER, D.C. BAR # 354530
                                        Assistant U.S. Attorney
                                        Judiciary Center Building
                                        555 Fourth St., N.W., Rm. E4204
                                        Washington, D.C.  20530
                                        (202) 514-7137

OF COUNSEL:

ROLAND MEISNER
Assistant General Counsel
Office of General Counsel
Defense Security Service

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing reply was served by First-Class Mail; postage prepaid to:

        SAM L. CLEMMONS, *pro se*
        548 Saint Charles Place
        Brookhaven, MS 39601

on this 25th day of August, 2006.

                                         /s/
                                  CLAIRE WHITAKER,
                                  Assistant U.S. Attorney
                                  Judiciary Center Building
                                  555 Fourth St., N.W., Rm. E4204
                                  Washington, D.C.  20530
                                  (202) 514-7137