UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS
548 SAINT CHARLES PL
BROOKHAVEN, MS 39601

CIVIL ACTION NO: <u>1:06CV00304(RCL)</u>

V

Defense Security (DSS) Service Administration
**Attn: Director in Charge**
**Office of FOIA and Privacy Act**
1340 Braddock Place
Alexandria, VA 22314-1651

### AFFIDAVIT OF SERVICE

I, <u>Sam Clemmons</u>, hereby declare that on the 18th of August 2006, I mailed a certified true copy of the **PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO RE [15] MOTION REQUEST BY PLAINTIFF TO SUBPOENA DUCES TECUM AFTER MOTION REQUEST TO ENTER DISCOVERY BUT BEFORE SUMMARY JUDGMENT HAS BEEN ISSUED (R.16) PLAINTIFF CONTINUE SUPPRESS SAME REQUEST FOR SUMMARY JUDGMENT BY DEFAULT OR SUMMARY JUDGMENT BY ADDING EXHIBIT # 6 & 7 TO THE RECORD OF FACTS** by certified first class mail with a return receipt # <u>7006 0810 0002 9190 1125</u>.

The Defendant received such copies by certified first class mail with a return receipt requested, to the <u>U.S. Attorney General Office</u>. Attached hereto is the green card acknowledging service.

[Attached: PS Form 3811 Domestic Return Receipt, signed, received AUG 2 2 2006, article addressed to U.S. Attorney General Office, 950 Pennsylvania Ave, NW, Washington, DC 20530, Article Number 7006 0810 0002 9190 1125]

RECEIVED
SEP 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT