UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,            )<br>                            )<br>    Plaintiff,              )<br>                            )<br>v.                          )<br>                            )<br>DEFENSE SECURITY (DSS)      )<br>ADMINISTRATION              )<br>                            )<br>    Defendant.              )<br>                            ) | Civil Action No. 06-0304 (RCL) |

## ORDER

Defendant filed a motion [6, 7] to dismiss or for summary judgment on June 14, 2006.

Plaintiff did not comply with the Court's June 16, 2006 order.

Plaintiff's motion [12] for discovery and for judgment by default is DENIED.

Defendant's motions [14, 23] to stay discovery are GRANTED, *nunc pro tunc*.

Plaintiff's additional motions [16, 22] for discovery and default are DENIED.

In this Freedom of Information Act case, the Court is satisfied that the *Vaughn* index is adequate, that the defendant's search for documents was adequate, and that no responsive documents were improperly withheld.

Accordingly, defendant's motion for summary judgment is GRANTED.

This case shall stand DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, March 30, 2007.