UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENSE SECURITY (DSS) )<br>ADMINISTRATION. )<br>Defendant. )<br>) | Civil Action No. 06-0304 (RCL) |

ORDER

Upon consideration of plaintiff's motion to file appeal, out of time, it is this ____ day of

_____, 2007,

ORDERED that the motion is denied to the extent that it requests reconsideration.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

SAM L. CLEMMONS, *pro se*
548 Saint Charles Place
Brookhaven, MS 39601

CLAIRE WHITAKER,
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137