## NOTICE OF APPEAL IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAM L. CLEMMONS<br>PLAINTIFF, *PRO SE* | ) ) ) | **CIVIL ACTION NO:** |
| vs. | ) ) ) ) | **06-0304 (RCL)** |
| DEFENSE SECURITY (DSS) ADM., ET AL<br>DEFENDANTS | ) ) ) ) | |

_____ )

## PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT' OPPOSITIONS AGAINST THE PLAINTIFF'S REQUEST FOR NOTICE OF APPEAL AFTER THE PLAINTIFF'S MOTION REQUEST FOR CLOSURES DUE TO FRAUD REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE DEFENDANTS.

Comes the Plaintiff file this opposition against the Defendant's Counsel request for denial of Plaintiff's appeal rights according to the Due Process of Law and for fair justice to reveal itself.

The Plaintiff filed such motion request or notice due to discovery of multiple claims of misconduct and they are:

1. The Court and the Defendant's Counsel failures to inform or submit any communication by means of proper or valid service advising the Plaintiff of such action performed on such case and without giving the Plaintiff's any rights for objection or appealing such entry into the record. This incident occurred on May 30th, 2007 advised by the Filing Clerk. The Plaintiff has declared under a sworn oath before this Court and the Court of Appeal that the Plaintiff did not receive such communication or notice

RECEIVED

JUN 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

until after the Plaintiff filed a motion on the case in May of 2007. This alone should indicate and prove that the Plaintiff was never made aware of any actions performed in denying the Plaintiff true justice. Documents were returned to the Plaintiff coming from the Judge's Chambers and not the Office of the Clerk advising the Plaintiff that this case has been closed or terminated since March 30th, 2007. In a valid attempt to exhausted the Plaintiff's rights to appeal any decision on the case. This alone is misconduct and proven reason why such case should be removed from this Court or Judge's Chambers and placed before the Court of Appeal for review and amendments to the procedures and decisions in this case.

2. The Plaintiff's notice of appeal should be granted and accepted due to multiple errors are still in the record which will show and reveal that the Defendant's Counsel was late in filing such appropriate response to the complaint which should have clearly placed the Defendant in Default or not granting or giving the Defendant an opportunity to file a late dispositive motion. The Defendant's Counsel filed such motion on June 16, 2006 and not June 9th, 2006. This incident has been argued and due to the Plaintiff status is a *Pro Se* in this case until he is granted his rights under the Due Process of Law for a Jury Trial he is continuous being taken advantage of and is not fair justice according to the law.

3. On March 30th, 2006, the Court of Appeals can see that the presiding judge help and coach the Defendant's Counsel on what to file in this case such dispositive motion to prove and justify why such case should be

3

dismissed. Coaching the Defendant should not be acceptable when the Defendant's Counsel will use such advice and pass it on to others to do the same in similar case matters such as this one. If other cases are reviewed similar to this case you will see that such same orders where not presented and provided in the other cases. This is a strong sign of prejudice and unfairness in the justice system.

4. Once again, the Defendant's Counsel missed the deadline date for filing such dispositive motion and the Plaintiff has clearly argued and proves such by means of producing and providing a daily calendar showing the exact deadline date due.

5. The presiding judge failed to issues any other orders or granting motion request in this case until May 30th, 2007 after the Plaintiff filed such motion stating fraud, found and revealed by the Plaintiff against the Defendant's Counsel's statements and clearly informing the Court and the Defendant's Counsel that facts to support such statements regards to only receiving a fax request from the Plaintiff's Freedom of Information Act Request but failed to elaborate on the proven record request by the Plaintiff by means of delivery of FedEx Express Delivery Service on two entries by the Plaintiff.

6. The Defendant's Counsel failed to respond accordingly, according to the Freedom of Information and Privacy Act "20 days" deadline and failed to communicate at all with the Plaintiff in not offering the Plaintiff his rights to appeal any decision.

4

7.  The Plaintiff provided the Court and the Defendant's Counsel that a responsive are offered to everyone else according to the Federal Agency guidelines but not offered to the Plaintiff for some strange reason. Forcing the Plaintiff to file such lawsuit in the United States District Court due to failures outside of Court in not cooperating with the Freedom of Information Act and Privacy Act causing the Plaintiff more due stress and injuries to the Plaintiff's claims or demand for information.

8.  The Defendant's Counsel failed to understand that these matters of evasive, voiding and withhold information from the Plaintiff has been going on for 14 years without any explanation or delivery of facts to justify their reasons or actions for doing what they did to cause these injuries and setbacks to the Plaintiff's life and career and now the Defendants expects or think they are not responsible or should not be held liable for these injuries or damages caused upon the Plaintiff. That's amazing don't you think, but failed to realize or think what if they were in the Plaintiff's shoes or situation. How would they feel or be right now?

By those eight statements alone it should reveal that the Defendant's Counsel and such Federal Agency failed to honor the Freedom of Information Act and Privacy Act due to the facts of knowing something and withholding it from the Plaintiff when the Plaintiff is entitled to it according to the law and the Plaintiff has the right to know who, what, when and where did such person or federal agency who performed such illegal reporting by the Federal Agency and what are there proof justification for doing so.

The Defendant (Federal Agency) reported such illegal activity to the Office of Personnel Management expressing issues in regarding to the Plaintiff without any justification, the Defendants has not provided any proof or facts to support such issues they label the Plaintiff as having. This alone is illegal and is in violation of the Federal Rules and Regulations which makes the Defendant or Federal Agency responsible and liable for any tort claims reported or filed by the Plaintiff because the Defendant's actions were fraudulent actions even without allegedly claiming or knowing who, how and what happen to the Plaintiff's security clearance. Since this Federal Agency is the responsible party for maintaining, controlling and protecting everyone clearance.

In additional to these violations, the Plaintiff cooperated, participates and responded to every communication by the Defendant's Counsel and responded in a timely manner according to the Federal Rules of Civil Procedures. It was the Defendant Counsel who failed to cooperate with the Plaintiff's requests for Admission, Interrogatories and Subpoena Duce Tecum Requests after the Defendant's Counsel had requested to stay discovery pending a Jury Trial in the United States Army Case which were too in a pending status and was closed without any communication being sent to the Plaintiff justifying wrongful conduct and patterns of misconduct.

In the case of the United States Army, the Army has too failed to cooperate according to the Federal Rules of Civil Procedures and produce evidence such as military orders demanding and requesting a legal investigation outside their jurisdiction or within their jurisdiction. That alone should tell anyone before any court of law that fraudulent activities have spread and without anyone proof or justification for their actions. Everyone who participated acting as a Good Samaritan to assist and aiding in destroying

6

the Plaintiff's true character, life, lifestyle and career should not be exempt for these injuries or damages done to the Plaintiff. No one should be free or dismissed from these injuries. The Defendant's Counsel has to understand that due to their illegal play or activities in all of this it does not exempt such Federal Agency from sovereign immunity.

The Plaintiff can prove upon acceptable order by another Court Judge accepting the Plaintiff's Entry of Discovery. The Plaintiff's discovery will reveal fraud activity and record of fraud by those in which the Defendant and the Defendant's Counsel have chosen to accept such illegal activity. The Plaintiff will hold such evidence until given such order to Enter Discovery is granted and allowed. As of this filing all the Plaintiff's pervious entries has been denied but the Defendant's Counsel has been accepted showing prejudice in the record.

In the meantime the Defendant's Counsel should be able to obtain the military orders demanding and requesting such bogus investigation to justify their actions or involvement in this and they should be able to contact the Army Crime Record Center to produce such new evidence to justify their actions, stance or involvement in this without any facts, documentation or new evidence no summary judgment should be in the Defendant's favor. It should be reversed and amend in favor of the Plaintiff if the Defendants cannot come into the Court or the Court of Appeal with facts to justify their illegal reporting to the Office of Personnel Management as issues imposed upon the Plaintiff without any solid proof or reasoning for doing so.

In the end results of this, the Plaintiff should not be the one to carry the burden after multiple episodes of illegal activities when no can explain and validate that such activities performed were legal.

7

Therefore, the Plaintiff's filing is not late due to the facts of never receiving anything from the court and this is not the only case in questioned in not receiving anything to advise and explain the Plaintiff acting as a *Pro Se* his rights to appeal according the Defendant's Counsel statement addressing Rule 60(b)(1)(2)(3). Therefore the movant have established a claim and suspicions of fraud, misrepresentation, or misconduct by clear, convincing statements and evidence which should now be in question.

Investigations have been conducted with the U.S. Postal Service Mail systems and all the Plaintiff's mail received in this courier's station is running properly the question is why now after the Plaintiff filed such motion stating Fraud is founded, revealed by the Plaintiff in this case by the Defendants and advising the Court and the Defendant's Counsel of the Attorney General's Deadline date of April 1st on all Freedom of Information Act cases. The Plaintiff produced and provided genuine proof of fraud and has entered this discovery into the record in which this additional fraud should stand in additional to the fraud statements the Defendant's Counsel Witnesses made concerning their Freedom of Information Act procedures. The Plaintiff's states and expresses without a Jury Trial the Plaintiff will not be allowed to prove and justify his point by means of the evidence that is now part of the Court's record. The Plaintiff is denied his entitlement according to the United States Constitution which is a denial of true justice according to the law. Once again and once more adding more injuries to the Plaintiff and the Plaintiff's claims and someone has to be the overall responsible party to pay for those tort injuries.

If anyone should carefully review the record before the Court of Appeals there is no where in the record of the Plaintiff as ever been late in filing his answers, responses, oppositions or objections against any of the Defendant's Counsel Entries. The Plaintiff has been timely throughout this process or proceeding to the facts in the end after giving the Defendant's Counsel well over enough amount of time to justify their statements or facts before this Court. The Defendant's Counsel continued to rabble and rabble to the point of the Plaintiff exercising his rights under the Due Process of Law and the Federal Rules of Procedures after the Defendant's Counsel had exhausted its time and its administrative remedies under the bill of the Freedom of Information Act and Privacy Act.

There is no way these arguments should have went or gone this far in this process, even when the Freedom of Information Act and Privacy Act is not any difference from a Subpoena being served upon the Federal Agency. The Federal Agency by law has 20 calendars days to produce such after thoroughly but proper written communication requesting such and after being served a summons and complaint. If the Federal Agency deny such request than the requesting party has a right to appeal. There is no where in the record or in the docket the Defendant's Counsel can say or express that the Plaintiff was given such rights or has such rights. If the Defendant's Counsel cannot produce such records than they are in violation of Rule 60(b) (1) (2) (3) and the Plaintiff should not be the losing party but be the prevailing party according to Richard v. National R.R. Passenger Corp., 49 F.3d 760 (D.C. Cir.1995), the Court's decision was based on prejudice and prejudice should not be honored in any court of law. Every man, woman or human being is entitled to their rights under the Due Process of Law and rights to a Jury

9

Trial if such one is demanded and requested. Just as the Defendants too have those same

rights.

Anyone and everyone should think and wonder why the Plaintiff is continuous

being denied his Due Process of Law even after submitting substantial evidence

justifying, proving and making his complaint valid. Is this because someone is avoiding

something from being disclosed to the public? The Defendant's Counsel Usages of public

record case laws in their arguments or rebuttals is something they should be addressing

before the Court of Appeals and the Plaintiff should not be appealing anything. The

Plaintiff is confident that the Appeal should be coming from the Defendant's Counsel if

he or she solely feel that such judgment, order or decision were not justice and according

to the law. The Plaintiff should not be the one appealing anything because the Plaintiff

has proven his points and reasons for filing such lawsuit and has justified such reasons by

means of substantial evidence showing wrongdoing. The Defendant's Counsel has not

justified any wrongdoing but wishes to be released from these injuries or damages

imposed upon the Plaintiff.

In additional to the Defendant's Counsel Statements of failures. The Defendant's

Counsel failed to state a claim why the Plaintiff should not be awarded relief from the

injuries and damages that he has encountered due to intentionally hurt and harm upon the

Plaintiff's character and career.

> 9. The Defendant's Counsel failed to justify any wrongdoing done by the
>    Plaintiff.
>
> 10. The Defendant's Counsel failed to prove any harm done by the Plaintiff.

11. The Defendant's Counsel failed to state or explain why their counter partners does not have to produce any evidence or was not ordered to produce any records under the Freedom of Information Act and Privacy Act when they have presented some information but not all to support all their statements in question for the record.

12. The Defendant's Counsel failed to response with the answers to the Plaintiff's Admission, Interrogatories and Subpoena Duce Tecum Requests propounded to them over 90 days period of time seeking full cooperation in the Discovery process.

13. The Defendant's Counsel failed to state and prove why the Plaintiff should not be given a Trial by Jury even though the Defendants collaborate such efforts or claim with another Federal Agency claiming wrongdoing by the Plaintiff, but totally agrees that the Plaintiff does not need a Jury Trial to determine his guilt.

14. The Defendant's Counsel failed to elaborate on what is against the law and what is not against law concerning the Plaintiff's activities to be convinced of anything and to be denied his rights under the United States Constitution.

15. The Defendant's Counsel failed to explain why the award amount the Plaintiff seeks does not fit the amount of damage, harm or injuries done to the Plaintiff's life and career.

16. The Defendant's Counsel failed to acknowledge or try to discuss settlements options outside of Court to come to a reasonable and justified conclusion before such order, judgment, decision or appeal.

17. The Defendant's Counsel failed to inform who is the person or agency fully responsible for these injuries or damages.

18. The Defendant's Counsel failed to stated, inform or address the time line or limits in responding to the Plaintiff's Notice of Appeal Request.

The Plaintiff filed such notice on May 16th and the Defendant's Counsel filed their response against the Plaintiff's filing on May 25th, 2007. This is 9 days after such notice was entered into the record and the Plaintiff filed his rebuttal or opposition against the Defendant's Counsel filing on June 4, 2007 which is 10 days according to the calendar excluding the Memorial Day Holiday. Now if we allow the mail system 7 to 10 days for delivery one will see that the Plaintiff actually responded to the Defendant's Counsel filing within one day after receipt. The mail is by law expected to get to the Plaintiff no later than June 5th, 2007. The Plaintiff received such notice prior and responded and mail off such response in a timely manner. Which continue to leave the argument open as to why and how can the Plaintiff receive this notice by mail and not received the other notices, orders or judgment that the Plaintiff has been waiting to receive.

Anyone can see that the mail system is not broken....The issue at hand is within this Court in not releasing the information to the Plaintiff giving the Plaintiff his exclusive rights to rebuttal or appeal any order, judgment or decision rendered. This is not fair and it is a true sign of misconduct and wrongfully activities. We know the

Plaintiff receives his mail and for what strange reasons now and during this process the Plaintiff's mail is becoming mysterious missing and there is no sign on the docket or record or ever mailing out such order, judgment or decision to the Plaintiff. These are valid grounds for an unethical behavior or conduct problems which needs to be investigated and now should be monitor and placed in the hands of the Court of Appeal for continuous investigation and review.

Therefore, the Court of Appeal should be the next level of the Court to review the record and decision before this Court with special emphasis being placed on the month of April, May and June of 2006 of filing activities and the laws under the Freedom of Information Act and Privacy Act and one should question why or where is the Plaintiff's Affidavit of Service validating when such two sets of the summons and complaint were delivered to the Defendants validating proper service. Since such Affidavit of Services is missing that should constitute fraudulent activities and not a mistake of the law. One should question why are they missing? The Plaintiff will enter such Affidavit of Service showing proper proof of service according to Federal Rules of Civil Procedures, Rule 4 (C) (ii) and deliveries of the summons and complaint to the Defendants were legal and correct. **These Affidavits of Service will be presented when the Plaintiff's motion request to enter discovery is GRANTED.**

The Court of Appeal should question why such corrections were not ordered or to be made to the Plaintiff's record and why such presiding judge wished and wanted such Plaintiff's record to remain as it is for ongoing and continuous damages to the Plaintiff's life and career. There is no where in the record where it shows any relief granted or award to the Plaintiff for any hardship the Plaintiff may have encountered from these

13

wrongful but illegal activities which are proven facts by the Plaintiff with the Defendants and partners for failing to appear or entered supportive facts to support their behavior or actions.

There are other incidents were the Defendants' partner in crimes have failed to appear and were served properly according to the Federal Rules of Civil Procedures. The presiding judge seeks and sought out other means and ways to prevent such party from being in default even without any appearance at all to argue or prove such was a mistake. In accordance with the same rules the Defendant's Counsel is trying to impose upon the Plaintiff regarding the Plaintiff's failures when such others have failed to appear, argue and defend such lawsuit. Is this fair or is this Justice? It's neither. The judge should not be the person trying to protect the best interest of the other parties after seeing valid signatures on the record of receipt of such summons and complaint served upon them in a timely manner. These are true signs of prejudice and showing one favorable interests over the other. What is the purpose in the Plaintiff filing a complaint for full but complete relief if such activities such as these proven by the Plaintiff still exists, how can and where can the Plaintiff achieve and obtain relief at all from what the Plaintiff seeks?

The Defendant's Counsel only wishes and hopes for an appeal not to be granted because the Defendant knows something is wrong and was not in accordance with the laws, rules and Federal Rules of Civil Procedures but now wishes to use section of the Federal Rules of Civil Procedures but wish not to use **Rule 37(3) (c)** as the correct Rule before the Court of Appeal.  If the Defendant's Counsel is completely satisfied than an appealing to such order, judgment or decision should not be an issue to address or rebuttal.

Therefore a reversal to any decision in this Court should be GRANTED and the Court of Appeal should be the next higher level court to review and administrated the changes so that this matter can be conducted according to the Federal Rules of Civil Procedures by reissuing another summons upon the Defendant by means of the Court of Appeal giving them an additional **20 days** to comply, justify and prove any and all statements made by the Defendants that are in question by the Plaintiff by means of Admission, Interrogatories and Subpoena Duces Tecum Requests which has already been propounded upon the Defendants and the Defendants Counsel for response without any objection entered by the Defendants.

Based on the Defendant's Counsel actions or behavior and the wrongfully activities of the Court the Plaintiff had no further options but to file a motion request for reinsurance of Summons, Petition for Mandamus and Motion for Disqualification of presiding judge before the Court of Appeal to eliminate continuous and wrongdoing imposed upon the Plaintiff with an intentional act to cause more sever injuries, hurt and pain upon the Plaintiff.

The records should show that the presiding judge is favoring in assisting and helping out the Defendants and trying to find any and every flaw or mistake made by the Plaintiff to use against the Plaintiff in not honoring or ordering anything in the Plaintiff's favor. The presiding judge tries to perform legal counseling service for the Defendants so that the Plaintiff will not prevail even though the Plaintiff's facts are in order with the Plaintiff's complaint. This has not just been discovered in this case but appears to be a pattern of behavior in other cases as well. Even when the Defendants have failed to appear, argue or rebut such summons and complaint served upon them by means of a

third party and not by physical means of service by the Plaintiff but according to the Federal Rules of Civil Procedures showing and indicating proper service by another individual who is of age which is 18 years or older. The law does not say the United States Postal Service or a personal carrier service cannot be used as an entity to provide perfect service upon the Defendants. The presiding judge tries to protect the Defendants even though the records show failure to appear on the record with the original signature of the party to be served is proven and is on the record. Is this fair or is this Justice? I say neither and these are strong indications of wrongdoing and misconduct in preventing the Plaintiff from prevailing from these lawsuits filed according to the law and rules of the Federal Rules of Civil Procedures. These are additional reasons or factors as to why the Plaintiff is requesting reinsurance of Summons, Petition for Mandamus and Motion for Disqualification of presiding judge before the Court of Appeal. Actions or activities that present itself such as these on the record is a strong indication that the Plaintiff is struggling or fighting against the United States District Court, the Defendants, and the Defendant's Counsel especially when the Plaintiff has done everything according to the Rules of the Federal Rules of Civil Procedures and the Due Process of Law.

The presiding judge clearly knows that the Plaintiff could not have been the primary party serving anyone when the record shows the Plaintiff is the Primary Party by sub contracting such service over to others to perform such service upon the Defendants. Once again, the record will show the Plaintiff being in one state and the Defendants being served are in another state; therefore, the Plaintiff states how can any of these Defendants not be properly served and not in accordance with Federal Rules 4(c) (ii)?

When one can see all of these sides (what is proper service, failure to cooperate or entering misleading statements or evidence). They should be able to see and have a better understanding why the Plaintiff is seeking an appeal before the Court of Appeal.

Everyone should see and understand that the Plaintiff is the innocent party and has not caused any hurt or pain upon anyone. It's the Defendant's Counsel Position to prove that harm and damages were caused by the Plaintiff and the Plaintiff has no grounds for filing a complaint against anyone. The Defendant's Counsel has proven such and now such person act of negligence has continued to spread to cause a mark on the judge's career and now has caused the Defendant's Counsel a lost in this case. Someone some where is going to lose and there is no where in the record that should show the Plaintiff should be the losing party for doing what is right in correcting his record, correcting his background and filing such actions in a Court of Law. Validating wrongdoing has been done upon the Plaintiff by exercising his full constitutional rights under the Due Process of Law. There is no way or no where the Plaintiff should be the one to suffer and grieve due to someone else wrongdoing or attempts to be above and beyond the law.

The Plaintiff truly hope and desire that all these cases are fully and carefully review before the Court of Appeal because if one wrongdoing is found their other others will be found. That's why appealing such case is necessary and should be in accordance with the rules and laws of regulations.

In closing, the Plaintiff personally feels these are not mistakes in the law but intentional acts to cause more damage and injuries upon the Plaintiff, because they are not hurting anyone but the Plaintiff for filing as a *Pro Se*. The Plaintiff sincerely hopes

that the Court of Appeal will see within and understand that if the Defendant,

Defendant's Counsel and the United States District Court is not going to follow the rules

and regulations of the law than why should anyone else follow them?

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601
866-409-7758

## NOTICE OF APPEAL IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SAM L. CLEMMONS                         )    **CIVIL ACTION NO:**
    PLAINTIFF, *PRO SE*                )
vs.                                     )    **06-0304 (RCL)**
                                        )
DEFENSE SECURITY (DSS) ADM., ET AL )
    DEFENDANTS                          )
                                        )
                                        )
                                        )
_____ )

## PLAINTIFF'S MOTION REQUEST TO ENTER DISCOVERY

Come now the Plaintiff file his motion request to enter discovery now pending on the Court or Court of Appeal's ORDER to grant such motion for the Plaintiff to prove his points as so stated in the Plaintiff's entry before the Court.

Respectfully Submitted,

Sam L. Clemmons,
Plaintiff, *Pro Se*
548 Saint Charles PL
Brookhaven, MS 39601
866-409-7758

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4TH day of June 2007, a true copy of the
PLAINTIFF'S OPPOSITIONS AGAINST THE DEFENDANT' OPPOSITIONS
AGAINST THE PLAINTIFF'S REQUEST FOR NOTICE OF APPEAL AFTER AND
AFTER PLAINTIFF'S MOTION REQUEST FOR CLOSURES DUE TO FRAUD
REVEAL, FOUND AND LOCATED BY THE PLAINTIFF AGAINST THE
DEFENDANTS was served by first-class mail concerning case # 1:06CV00304 (RCL):


To: Defendant's Counsel

U.S. ATTORNEY OFFICE
**ATTN: ATTY CLAIRE WHITAKER**
ASSISTANT U.S. ATTORNEY
JUDICIARY CENTER BLDG.
555 FOURTH STREET, NW.
RM E4202
WASHINGTON, DC 20530


The U.S. Attorney General Office
950 Pennsylvania Ave, NW
Washington, DC 20530

And


District Court for the District of Columbia
**Attn: Office of the Clerk &**
**Judge Royce C. Lamberth's Chambers**
333 Constitution Ave, NW
Room 1225
Washington, DC 20001

Office of the Circuit Executive
Office of the Clerk
Room 4826
E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave, N.W
Washington, DC 20001-2866

Sam L. Clemmons, *Pro Se*
548 Saint Charles Place
Brookhaven, MS 39601
866-409-7758