UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAM L. CLEMMONS,<br><br>　　Plaintiff,<br><br>v.<br><br>DEFENSE SECURITY (DSS)<br>ADMINISTRATION,<br><br>　　Defendants. | Civil Action No. 06-304 (RCL) |

## ORDER

Upon consideration of plaintiff's motion [25] for leave to file notice of appeal, plaintiff's motion [25] is GRANTED.

The Court's Order dismissing this case was filed on March 30, 2007.  Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure provides that a notice of appeal may be filed by any party within 60 days after the order appealed from is entered, when the United States or an officer or agency thereof is a party.  Accordingly, plaintiff's notice of appeal was timely submitted, and did not require leave to be granted in order to file it.

　　SO ORDERED.

　　Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.