# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5242**  **September Term, 2007**

06cv00304

**Filed On:**

Sam L. Clemmons,
    Appellant

v.

Defense Security (DSS) Administration,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   SEP 2 5 2007

CLERK

### ORDER

    By order filed July 13, 2007, directing appellant to either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court, or file a motion in district court for leave to proceed on appeal in forma pauperis, by August 13, 2007. The order was sent to appellant by certified mail, return receipt requested and by first class mail. Appellant received and signed for the order on July 16, 2007. To date, appellant has not complied with the court's July 13, 2007 order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
    ___ Opinion
    ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *[signature]*
Elizabeth V. Scott
Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk